**IN THE UNITED STATES DISTRICT OF COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| Devonn Ross, *on behalf of herself and all others similarly situated*, | § § § | |
| Plaintiff, | § § | Case No. 1:16-CV-00825-PAG-KLM |
| v. | § § | |
| Convergent Outsourcing, Inc., and LVNV Funding, LLC | § § § § | |
| Defendants. | | |

## JOINT MOTION REQUESTING TELEPHONIC STATUS CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Devonn Ross, Convergent Outsourcing, Inc. and LVNV Funding, LLC (hereinafter "the Parties"), and file their Joint Motion Requesting Telephonic Status Conference and to respectfully show unto the Court as follows:

### I.

On February 23, 2017, Plaintiff filed her Unopposed Motion for Leave to File Second Amended Class Complaint. Doc. 38. Thereafter, the Court issued an order referring the Motion to Magistrate Judge Mix. Doc. 39. On March 2, 2017 the parties filed their Joint Notice of Class settlement. Doc. 40. In the Notice, the parties indicated a Motion to Certify would be filed on April 3, 2017. *Id*.

### II.

With the filing of the Motion for Leave to File Second Amended Class Complaint and Notice of Class Settlement to settle this class on a national basis, the Parties believe a status conference would be appropriate to address the matters before it and proceedings thereafter. The Parties are available at the Court's convenience March 22, 23 and 24 this week and any date the following week, March 27-31, 2017.

## III.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Court schedule a telephonic status conference at its earliest convenience.

Respectfully Submitted,

**Malone Akerly Martin PLLC**

*/s/* Robbie Malone
ROBBIE MALONE
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Email: xmartin@mamlaw.com
MALONE AKERLY MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas   75231
TEL: (214) 346-2630
FAX: (214) 346-2631
*COUNSEL FOR DEFENDANT*

/s/ David McDevitt
DAVID McDEVITT
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8898
866-317-2674 facsimile
dmcdevitt@consumerlawinfo.com
*COUNSEL FOR PLAINTIFF*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing document has been served **via CM/ECF** to all known counsel of record on this 21st day of March to:

Russell S. Thompson, IV (029098)
Michael Rolland (030744)
Thompson Consumer Law Group, PPLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
P: 602-388-8898 | F: 866-317-2674
rthompson@consumerlawinfo.com
dmcdevitt@consumerlawinfo.com

/s/ Robbie Malone
ROBBIE MALONE

M:\253.0000 Convergent Outsourcing, Inc\253.0022 Devonn Ross v. Convergent Outsourcing, Inc\Pleadings\253.0022 - Motion Requesting status conference.docx