# IN THE UNITED STATES DISTRICT OF COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Devonn Ross, *on behalf of herself and all others similarly situated*, | § § § | |
| Plaintiff, | § § | Case No. 1:16-CV-00825-PAG-KLM |
| v. | § § | |
| Convergent Outsourcing, Inc., and LVNV Funding, LLC | § § § | |
| Defendants. | | |

## ORDER ON JOINT MOTION REQUESTING STATUS CONFERENCE

ON THIS DAY, came to be heard Plaintiff Devon Ross and Defendants Convergent Outsourcing, Inc. and LVNV Funding, LLC's Motion Requesting Status Conference. This Court is of the opinion that the Parties' Motion should be GRANTED.

THEREFORE, IT IS ORDERED, a telephonic status conference is set for March \_\_\_\_, 2017 at \_\_:\_\_\_ \_\_.m.  Any other relief not expressly granted herein is denied.

Signed this _____ day of _____, 2017.

_____
JUDGE PRESIDING