# EXHIBIT "A"

EXHIBIT "A"

ATERSO01
PO Box 1022
Wixom MI 48393-1022
CHANGE SERVICE REQUESTED

**Convergent**

Convergent Outsourcing, Inc.
800 SW 39th St/PO Box 9004
Renton, WA 98057
Mon-Fri 8AM-5PM
877-495-0400

Devonn Prater
PO Box 100831
Denver CO 80250-0831

Date: 04/13/2015
Current Creditor: LVNV Funding LLC
Client Account #: 441424170
Convergent Account #: S-39011562
Original Creditor: Capital One Bank (USA),
N.A.

Settlement In Full: $ 387.42

| | |
|---|---|
| Principal: | $1,084.98 |
| Interest: | $ 852.11 |
| Total Balance: | $1,937.09 |

---

### Settlement Offer

---

Dear Devonn Prater:

This account was placed with our office to recover the amount due, Convergent Outsourcing will be handling the account on behalf of LVNV Funding LLC.  The records of LVNV Funding LLC show that your account has a past due balance of $1,937.09.

Our client has advised us that they are willing to settle your account for 20% of your total balance due to settle your past balance.  The full settlement must be received in our office by an agreed upon date.  If you are interested in taking advantage of this offer, call our office within 45 days of this letter.  Your settlement amount would be $ 387.42 to clear this account in full. Even if you are unable to take advantage of this offer, please contact our office to see what terms can be worked out on your account.  We are not required to make this offer to you in the future.

The offer made herein does not in any way affect your right to dispute this debt.  Nor does this offer affect your right to seek verification or validation of this debt within the 30 day period (or any other period) allowed under Colorado or Federal law.  Nor shall failure to respond to this offer affect your ability to dispute this debt or seek verification or validation of this debt.

Sincerely,

Convergent Outsourcing, Inc.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**NOTICE:  PLEASE SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.**

---

#### 3 CONVENIENT WAYS TO PAY:

Pay Online: Email our office or pay your bill online with your credit/debit card or checking account at www.payconvergent.com.  Your temporary identification number is: 13.39011562.557

Pay by Phone:  Please call Convergent Outsourcing, Inc. at 877-495-0400. We offer check by phone, Western Union, and credit/debit card.

Pay by Mail: Send Payments to Convergent Outsourcing, Inc., PO Box 9004, Renton  WA 98057-9004

---

PLEASE DETACH THE BOTTOM PORTION WITH YOUR PAYMENT.  BEFORE MAILING, PLEASE ENSURE RETURN ADDRESS ON
⬇⬇ REVERSE SIDE APPEARS CORRECTLY THROUGH THE WINDOW OF THE REPLY ENVELOPE. ⬇⬇

566526189
749ATERSO01S320D

---

877-495-0400

Re: Devonn Prater

**✓ Select Your Plan:**

☐ **OPPORTUNITY #1 - Lump Sum Settlement Offer of 20%:**
Enclosed is my payment of $ 387.42 (a 80% discount). My account is now satisfied in full.

☐ **OPPORTUNITY #2 - Settlement Offer of 40% & Pay Over 3 Months:**
Enclosed is my first payment of $258.28 towards the settlement balance of $774.84 (a 60% discount).

☐ **OPPORTUNITY #3 - Spread Your Payments Over 12 Months:**
Enclosed is my first payment of $161.42 towards the balance due of $1,937.09.

If we are calling you in error, please call 855-728-9701 or visit our website at www.convergentusa.com

Date: 04/13/2015
Current Creditor: LVNV Funding LLC
Client Account #: 441424170
Convergent Account #: S-39011562
Settlement In Full: $ 387.42
Total Balance: $1,937.09

Amount Enclosed: US _____

PLEASE COMPLETE IF **PAYING** BY CREDIT CARD.

VISA ☐          MasterCard ☐

CARD NUMBER                          EXP. DATE

CARDHOLDER NAME                      AMOUNT
                                     $

CARDHOLDER SIGNATURE

*If Options 2 or 3 Have Been Selected, Please Enter Monthly Payment Date and Amount: _____ $_____

8400390115620000193709000038742

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer.  A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.  This agency's physical address in Colorado is 13111 E. Briarwood Avenue, Suite 340, Centennial, CO 80112.  Phone: 303-309-3839.

PLEASE DETACH THE BOTTOM PORTION WITH YOUR PAYMENT.  BEFORE MAILING, PLEASE ENSURE RETURN ADDRESS
"APPEARS CORRECTLY THROUGH WINDOW OF THE REPLY ENVELOPE."                    749ATERSOO1S320D

Date:  04/13/2015
Current Creditor: LVNV Funding LLC
Client Account #: 441424170
Convergent Account #: S-39011562

Settlement In Full: $ 387.42

Total Balance: $1,937.09

**New Address:**
Address: _____

City: _____ ST _____ Zip: _____

Daytime Phone: (_____) _____ - _____

Evening Phone: (_____) _____ - _____

S-39011562-S320
Convergent Outsourcing, Inc.
PO Box 9004
Renton  WA 98057-9004

Ildaldaldlaadldadlalallaadllaadallaaldaldall