# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00825-PAB

Devonn Ross, on behalf of herself
And all others similarly situated,

    Plaintiff(s),

v.

Convergent Outsourcing, Inc., and LVNV Funding, LLC,

    Defendant(s).

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Christine Parmelee, Intervenor

    DATED this 26th day of April, 2017.

                                    Mary E. Philipps
                                    Name of Attorney
                                    Philipps & Philipps, Ltd.
                                    Firm Name
                                    9760 S. Roberts Road, Suite One
                                    Office Address
                                    Palos Hills, Illinois 60465
                                    City, State, ZIP Code
                                    (708) 974-2900
                                    Telephone Number
                                    mephilipps@aol.com
                                    Primary CM/ECF E-mail Address

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David Neal McDevitt                      dmcdevitt@consumerlawinfo.com
Michael Rolland                          mrolland@consumerlawinfo.com
Russell S. Thompson, IV                rthompson@consumerlawinfo.com
Thompson Consumer Law Group, PLLC
5235 East Southern Avenue
Suite D106-618
Mesa, Arizona  85206

Robbie Malone                           malone@mamlaw.com
Robbie Malone, PLLC
8750 North Central Expressway
Suite 1850
Dallas, Texas 75231

Brian R. Bromberg                     brian@bromberglawoffice.com
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004


By:  /s/ Mary E. Philipps_____

David. J. Philipps
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@ aol.com
mephilipps@aol.com