# GROUP EXHIBIT C

CASREF,MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CIVIL DOCKET FOR CASE #: 6:17-cv-06039-CJS-JWF

Parmelee v. Convergent Outsourcing, Inc.
Assigned to: Hon. Charles J. Siragusa
Referred to: Hon. Jonathan W. Feldman
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 01/17/2017
Jury Demand: Both
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Plaintiff**

**Christine Parmelee**

represented by **David J. Philipps**
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
708-974-2900
Fax: 708-974-2907
Email: davephilipps@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan R. Miller**
Bromberg Law Office, P.C.
26 Broadway
21st Floor
New York, NY 10004
212-248-7906
Fax: 212-248-7906
Email: jonathanmiller314@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary E. Philipps**
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
708-974-2900
Fax: 708-974-2907
Email: mephilipps@aol.com
*ATTORNEY TO BE NOTICED*

**Brian L. Bromberg**
Bromberg Law Office, P.C.



GROUP
EXHIBIT
C

26 Broadway
21st Floor
New York, NY 10004
212-248-7906
Email: brian@bromberglawoffice.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | |
|---|---|
| Convergent Outsourcing, Inc. | represented by |

**Charity A. Olson**
Olson Law Group
2723 S. State Street
Suite 150
Ann Arbor, MI 48195
734-222-5179
Fax: 866-941-8712
Email: colson@olsonlawpc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David George Peltan**
Peltan Law, PLLC
128 Church Street
East Aurora, NY 14052
716-374-5431
Email: davidpeltan@peltanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon M. Wrazen**
Peltan Law, PLLC
1207 Delaware Avenue
Suite 206
Buffalo, NY 14209
716-523-7764
Email: brandonwrazen@peltanlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2017 | 1 | COMPLAINT against Convergent Outsourcing, Inc. $ 400 receipt number 0209-2697654, filed by Christine Parmelee. (Attachments: # 1 Exhibit Group Exhibit A, # 2 Civil Cover Sheet, # 3 Summons)(Bromberg, Brian) (Entered: 01/17/2017) |
| 01/17/2017 | | Hon. Charles J. Siragusa added. (BK) (Entered: 01/18/2017) |

| 01/17/2017 | | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative-dispute-resolution.(BK) (Entered: 01/18/2017) |
|---|---|---|
| 01/17/2017 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85) is available for download at http://www.uscourts.gov/services-forms/forms. Notice of Right to consent to a Magistrate Judge. Notification to Chambers of on-line civil case opening. (BK) (Entered: 01/18/2017) |
| 01/17/2017 | 2 | Summons Issued as to Convergent Outsourcing, Inc.. (BK) (Entered: 01/18/2017) |
| 01/19/2017 | 3 | NOTICE of Appearance by Jonathan R. Miller on behalf of Christine Parmelee (Miller, Jonathan) (Entered: 01/19/2017) |
| 01/20/2017 | 4 | SUMMONS Returned Executed by Christine Parmelee. Convergent Outsourcing, Inc. served on 1/20/2017, answer due 2/10/2017. (Bromberg, Brian) (Entered: 01/20/2017) |
| 02/24/2017 | 5 | ANSWER to 1 Complaint by Convergent Outsourcing, Inc..(Wrazen, Brandon) (Entered: 02/24/2017) |
| 02/24/2017 | 6 | Corporate Disclosure Statement by Convergent Outsourcing, Inc.. (Wrazen, Brandon) (Entered: 02/24/2017) |
| 02/24/2017 | | ADR Plan electronically forwarded to attorneys. The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative-dispute-resolution.(BK) (Entered: 02/27/2017) |
| 02/27/2017 | 7 | NOTICE of Appearance by David J. Philipps on behalf of Christine Parmelee (Philipps, David) (Entered: 02/27/2017) |
| 02/27/2017 | 8 | NOTICE of Appearance by Mary E. Philipps on behalf of Christine Parmelee (Philipps, Mary) (Entered: 02/27/2017) |
| 02/27/2017 | 9 | NOTICE of Appearance by David George Peltan on behalf of Convergent Outsourcing, Inc. (Peltan, David) (Entered: 02/27/2017) |
| 03/01/2017 | 10 | TEXT ORDER REFERRING CASE to Magistrate Judge Hon. Jonathan W. Feldman. The Magistrate Judge is hereby designated to act in this case as follows: Pursuant to 28 U.S.C. Section 636(b)(1)(A) and (B), all pre-trial matters in this case are referred to the above-named United States Magistrate Judge, including but not limited to: (1) conduct of a scheduling conference and entry of a scheduling order pursuant to Fed. R. Civ. P. 16, (2) hearing and disposition of all non-dispositive motions or applications, (3) supervision of discovery, and (4) supervision of all procedural matters involving the aforementioned or involving the preparation of the case or any matter therein for consideration by the District Judge. All non-dispositive motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge. The parties are encouraged to consider the provisions of 28 U.S.C. Section 636 |

| | | |
|---|---|---|
| | . | (c) governing consent to either partial or complete disposition of the case, including trial if necessary, by the Magistrate Judge. Consent forms are available from the office of the Magistrate Judge or the office of the Clerk of Court. IT IS SO ORDERED. Signed by Hon. Charles J. Siragusa on 3/1/17. (KJA) Modified on 3/1/2017 (KJA). (Entered: 03/01/2017) |
| 03/01/2017 | | E-Filing Notification: Amended 10 ORDER REFERRING CASE to Magistrate Judge Hon. Jonathan W. Feldman to reflect insertion of "TEXT" ORDER REFERRING CASE. (KJA) (Entered: 03/01/2017) |
| 03/02/2017 | 11 | ORDER, Scheduling Conference set for 4/12/2017 10:30 AM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Jonathan W. Feldman. Signed by Hon. Jonathan W. Feldman on 03/02/2017. (JKT) (Entered: 03/02/2017) |
| 03/06/2017 | 12 | MOTION to appear pro hac vice ( Filing fee $ 150 receipt number 0209-2733236.) by Convergent Outsourcing, Inc.. (Attachments: # 1 Motion for PHV, # 2 Text of Proposed Order, # 3 Admission Sponsor Affidavit, # 4 Attorney Oath, # 5 Database Information, # 6 Oath of Civility, # 7 ECF)(Wrazen, Brandon) (Entered: 03/06/2017) |
| 03/06/2017 | | Confirmed admission to the Michigan State bar for attorney Charity A. Olson. <\font> (BK) (Entered: 03/07/2017) |
| 03/06/2017 | | Added attorney Charity Olson as attorney for defendant Convergent Outsourcing, Inc. (BK) (Entered: 03/07/2017) |
| 03/07/2017 | 13 | CONTINUATION OF EXHIBITS to 12 MOTION to appear pro hac vice ( Filing fee $ 150 receipt number 0209-2733236.) . (Olson, Charity) (Entered: 03/07/2017) |
| 03/09/2017 | 14 | ORDER granting 12 Motion for Pro Hac Vice. Signed by Hon. Jonathan W. Feldman on 03/09/2017. (JKT)<br><br>-CLERK TO FOLLOW UP- (Entered: 03/09/2017) |
| 03/09/2017 | 15 | NOTICE of Appearance by Charity A. Olson on behalf of Convergent Outsourcing, Inc. (Olson, Charity) (Entered: 03/09/2017) |
| 03/09/2017 | 16 | MOTION to Stay *Proceedings Pending Certification of Nationwide Class* by Convergent Outsourcing, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Affidavit of Charity A. Olson)(Olson, Charity) (Entered: 03/09/2017) |
| 03/10/2017 | 17 | ORDER re 16 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* filed by Convergent Outsourcing, Inc., Response due by 3/24/2017., Reply due by 3/31/2017. Signed by Hon. Jonathan W. Feldman on 03/10/2017. (JKT) (Entered: 03/10/2017) |
| 03/14/2017 | 18 | MOTION to Adjourn Rule 16 Conference , MOTION for Leave to Appear Request for All Counsel to Appear by Telephone by Christine Parmelee. (Attachments: # 1 Affidavit Declaration of Brian L. Bromberg in Support of Motion to Adjourn Rule 16 Conference and for Permission for All Counsel to |

| | | |
|---|---|---|
| | | Participate by Telephone, # 2 Certificate of Service)(Bromberg, Brian) (Entered: 03/14/2017) |
| 03/17/2017 | 19 | MOTION to Strike 5 Answer to Complaint *(Plaintiff's Motion to Strike Defendant's Second, Third, Fourth, Fifth, Sixth, and Ninth Affirmative Defenses)* by Christine Parmelee. (Attachments: # 1 Memorandum in Support)(Bromberg, Brian) (Entered: 03/17/2017) |
| 03/20/2017 | 20 | ORDER granting 18 Motion to Adjourn ; finding as moot 18 Motion for Leave to Appear. The Rule 16 Scheduling Conference set for April 12, 2017 is adjourned pending the resolution of outstanding motions. Signed by Hon. Jonathan W. Feldman on 03/17/2017. (JKT) (Entered: 03/20/2017) |
| 03/20/2017 | 21 | ORDER re 19 MOTION to Strike 5 Answer to Complaint *(Plaintiff's Motion to Strike Defendant's Second, Third, Fourth, Fifth, Sixth, and Ninth Affirmative Defenses)* filed by Christine Parmelee, Response due by 3/31/2017, Reply due by 4/7/2017. Oral Argument for both motions 19 and 16 MOTION to Stay, set for 6/16/2017 02:00 PM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Jonathan W. Feldman. Signed by Hon. Jonathan W. Feldman on 03/20/2017. (JKT) (Entered: 03/20/2017) |
| 03/24/2017 | 22 | First MOTION for Extension of Time to File Response/Reply as to 17 Order, Set Deadlines/Hearings, 16 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* by Christine Parmelee. (Attachments: # 1 Affidavit Declaration in Support of Brian L. Bromberg, # 2 Certificate of Service)(Bromberg, Brian) (Entered: 03/24/2017) |
| 03/29/2017 | 23 | NOTICE by Convergent Outsourcing, Inc. *Notice of Unavailability* (Peltan, David) (Entered: 03/29/2017) |
| 03/30/2017 | 24 | ORDER granting 22 Motion for Extension of Time to File Response/Reply re 16 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* Responses due by 4/3/2017. Replies due by 4/10/2017. Signed by Hon. Jonathan W. Feldman on 03/30/2017. (JKT) (Entered: 03/30/2017) |
| 03/31/2017 | 25 | First MOTION for Extension of Time to File Response/Reply as to 19 MOTION to Strike 5 Answer to Complaint *(Plaintiff's Motion to Strike Defendant's Second, Third, Fourth, Fifth, Sixth, and Ninth Affirmative Defenses)* by Convergent Outsourcing, Inc.. (Attachments: # 1 Declaration of Charity A. Olson)(Olson, Charity) (Entered: 03/31/2017) |
| 04/04/2017 | 26 | MEMORANDUM in Opposition re 16 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* filed by Christine Parmelee. (Attachments: # 1 Affidavit Declaration in Opposition, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Certificate of Service)(Bromberg, Brian) (Entered: 04/04/2017) |
| 04/05/2017 | 27 | ORDER granting 25 Motion for Extension of Time to File Response/Reply re 19 MOTION to Strike 5 Answer to Complaint *(Plaintiff's Motion to Strike Defendant's Second, Third, Fourth, Fifth, Sixth, and Ninth Affirmative Defenses)* Response due by 4/10/2017. Reply due by 4/17/2017. Signed by Hon. Jonathan W. Feldman on 04/05/2017. (JKT) (Entered: 04/05/2017) |

| 04/05/2017 | 28 | Notice of Withdraw as Attorney by Convergent Outsourcing, Inc..(Wrazen, Brandon) Modified on 4/12/2017 (BK). (Entered: 04/05/2017) |
| 04/05/2017 | | E-Filing Notification: Document filed improperly as a motion. Court terminated motion and modified docket text to correctly reflect filing event. No action required. 28 MOTION to Withdraw as Attorney (BK) (Entered: 04/12/2017) |
| 04/07/2017 | 29 | MOTION To Hold Discovery Deadlines in Abeyance Pending the Court's Ruling on Defendant's Motion to Stay by Convergent Outsourcing, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Attorney Charity A. Olson)(Olson, Charity) (Entered: 04/07/2017) |
| 04/10/2017 | 30 | MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Stay *Proceedings Pending Certification of Nationwide Class Unopposed* by Convergent Outsourcing, Inc.. (Attachments: # 1 Affidavit of Charity A. Olson) (Olson, Charity) (Entered: 04/10/2017) |
| 04/10/2017 | 31 | RESPONSE in Opposition re 19 MOTION to Strike 5 Answer to Complaint *(Plaintiff's Motion to Strike Defendant's Second, Third, Fourth, Fifth, Sixth, and Ninth Affirmative Defenses)* filed by Convergent Outsourcing, Inc.. (Olson, Charity) (Entered: 04/10/2017) |
| 04/10/2017 | | E-Filing Notification: RE 30 MOTION for Extension of Time to File Response/Reply. Motion terminated due to clerical error. Please re-file corrected document. (BK) (Entered: 04/11/2017) |
| 04/11/2017 | 32 | Amended MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* by Convergent Outsourcing, Inc.. (Attachments: # 1 Declaration of Charity A. Olson)(Olson, Charity) (Entered: 04/11/2017) |
| 04/14/2017 | 33 | TEXT ORDER granting 32 Motion for Extension of Time to File Response/Reply re 16 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* Defendant's Reply due by 4/17/2017. Signed by Hon. Jonathan W. Feldman on 04/14/2017. (JKT) (Entered: 04/14/2017) |
| 04/17/2017 | 34 | REPLY to Response to Motion re 16 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* filed by Convergent Outsourcing, Inc.. (Attachments: # 1 Declaration of Charity A. Olson, # 2 Exhibit A, # 3 Exhibit B)(Olson, Charity) (Entered: 04/17/2017) |
| 04/18/2017 | 35 | ORDER re 29 MOTION To Hold Discovery Deadlines in Abeyance Pending the Court's Ruling on Defendant's Motion to Stay filed by Convergent Outsourcing, Inc., Response due by 4/21/2017. Signed by Hon. Jonathan W. Feldman on 04/18/2017. (JKT) (Entered: 04/18/2017) |
| 04/21/2017 | 36 | RESPONSE to Motion re 29 MOTION To Hold Discovery Deadlines in Abeyance Pending the Court's Ruling on Defendant's Motion to Stay filed by Christine Parmelee. (Attachments: # 1 Affidavit Declaration of Counsel in Response to Motion, # 2 Exhibit A, # 3 Certificate of Service)(Philipps, David) (Entered: 04/21/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/25/2017 14:48:40 | | | |
| PACER Login: | gp0105 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 6:17-cv-06039-CJS-JWF |
| Billable Pages: | 5 | Cost: | 0.50 |

ADR-SettleWk,JURY,PROTO

# U.S. District Court
## Southern District of Ohio (Columbus)
## CIVIL DOCKET FOR CASE #: 2:16-cv-01035-MHW-EPD

Gill v. Convergent Outsourcing, Inc. et al
Assigned to: Judge Michael H. Watson
Referred to: Magistrate Judge Elizabeth Preston Deavers
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 10/28/2016
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Plaintiff**

**Sue E Gill**
*individually and on behalf of all others
similarly situated*

represented by **Amy Lavonne Wells**
Keogh Law, LTD
55 W. Monroe St, Suite 3390
Chicago, IL 60603
312-726-1092
Fax: 312-726-1093
Email: awells@keoghlaw.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**David J Philipps**
Philipps & Philipps Ltd
9760 S Roberts Road, Suite One
Palos Hills, IL 60465
708-974-2900
Fax: 708-974-2907
Email: davephilipps@aol.com
*PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Mary E. Philipps**
Philipps & Philipps Ltd
9760 S Roberts Road, Suite One
Palos Hills, IL 60465
708-974-2900
Fax: 708-974-2907
Email: mephilipps@aol.com
*PRO HAC VICE
ATTORNEY TO BE NOTICED*

**Ronald Lee Burdge**
Burdge Law Office
2299 Miamisburg-Centerville Road
Dayton, OH 45459-3817

937-432-9500
Fax: 937-432-9503
Email: ron@burdgelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Convergent Outsourcing, Inc.**                  represented by **Charity A Olson**
*a Washington corporation*                        2723 S. State St.
                                                  Suite 150
                                                  Ann Arbor, MI 48104
                                                  734.222.5179
                                                  Fax: 866.941.8712
                                                  Email: colson@olsonlawpc.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Midland Funding, LLC**                          represented by **Theodore W Seitz**
*a Delaware limited liability company*            201 Townsend St., Suite 900
                                                  Lansing, MI 48933
                                                  517 374 9149
                                                  Fax: 517 374 9191
                                                  Email: tseitz@dykema.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2016 | 1 | COMPLAINT with JURY DEMAND , *(Will Mail Check)*, against Convergent Outsourcing, Inc., Midland Funding, LLC, filed by Sue E Gill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet, # 4 Summons Form to Convergent, # 5 Summons Form to Midland) (Wells, Amy) Modified text on 10/28/2016 (mas). (Entered: 10/28/2016) |
| 10/28/2016 | 2 | NOTICE of Appearance by Amy Lavonne Wells for Plaintiff Sue E Gill (Wells, Amy) (Entered: 10/28/2016) |
| 10/28/2016 | 3 | MOTION for Leave to Appear Pro Hac Vice (Filing fee of $400 paid, receipt number 0648-5711131) of David J. Philipps, Mary E. Philipps by Plaintiff Sue E Gill. Responses due by 11/21/2016 (Attachments: # 1 Certificate of Admission for David Philipps, # 2 Certificate of Admission for Mary Philipps) (Wells, Amy) (Entered: 10/28/2016) |
| 10/31/2016 | | Filing fee received: $ 400, receipt number 200COL044656. (mas) (Entered: 10/31/2016) |
| 10/31/2016 | 4 | NOTICE of Non-Issuance of Summons. (mas) (Entered: 10/31/2016) |

| 11/02/2016 | 5 | REQUEST for Issuance of Summons. (Wells, Amy) (Entered: 11/02/2016) |
|---|---|---|
| 11/02/2016 | 6 | REQUEST for Issuance of Summons. (Wells, Amy) (Entered: 11/02/2016) |
| 11/02/2016 | 7 | Summons Issued as to Convergent Outsourcing, Inc., Midland Funding, LLC. (mas) (Entered: 11/02/2016) |
| 12/05/2016 | 8 | ORDER granting 3 Motion for Leave to Appear Pro Hac Vice of David J. Philipps & Mary E. Philipps. Signed by Magistrate Judge Elizabeth Preston Deavers on 12/5/2016. (kk) (Entered: 12/05/2016) |
| 12/05/2016 | 9 | REQUEST for Issuance of Summons. (Wells, Amy) (Entered: 12/05/2016) |
| 12/06/2016 | 10 | Summons Issued as to Midland Funding, LLC. (er) (Entered: 12/06/2016) |
| 12/12/2016 | 11 | Corporate Disclosure Statement by Defendant Convergent Outsourcing, Inc.. (Olson, Charity) (Entered: 12/12/2016) |
| 12/12/2016 | 12 | ANSWER to 1 Complaint, filed by Convergent Outsourcing, Inc.. (Olson, Charity) (Entered: 12/12/2016) |
| 12/14/2016 | 13 | SUMMONS Returned Executed as to Defendant Convergent Outsourcing, Inc.. Convergent Outsourcing, Inc. served on 11/3/2016, answer due 11/25/2016. (Philipps, David) (Entered: 12/14/2016) |
| 12/14/2016 | 14 | SUMMONS Returned Executed as to Defendant Midland Funding, LLC. Midland Funding, LLC served on 12/7/2016, answer due 12/28/2016. (Philipps, David) (Entered: 12/14/2016) |
| 12/15/2016 | 15 | NOTICE of Appearance by Theodore W Seitz for Defendant Midland Funding, LLC (Seitz, Theodore) (Entered: 12/15/2016) |
| 12/15/2016 | 16 | Corporate Disclosure Statement by Defendants Midland Funding, LLC, Encore Capital Group, Inc. identifying Corporate Parent Encore Capital Group, Inc. for Midland Funding, LLC.. (Seitz, Theodore) (Entered: 12/15/2016) |
| 12/15/2016 | 17 | STIPULATION *Extending Time to Respond to Complaint* by Defendant Midland Funding, LLC. (Seitz, Theodore) (Entered: 12/15/2016) |
| 12/16/2016 | | Set/Reset Deadlines: Midland Funding, LLC answer due 1/18/2017. (mas) (Entered: 12/16/2016) |
| 12/16/2016 | 18 | NOTICE of Hearing: Preliminary Pretrial Conference set for 1/31/2017 11:00 AM in Chambers before Magistrate Judge Elizabeth Preston Deavers. (sln) (Entered: 12/16/2016) |
| 01/18/2017 | 19 | ANSWER to 1 Complaint, *and Affirmative Defenses* filed by Midland Funding, LLC. (Seitz, Theodore) (Entered: 01/18/2017) |
| 01/23/2017 | 20 | RULE 26(f) REPORT *of Parties* by Plaintiff Sue E Gill. (Philipps, David) (Entered: 01/23/2017) |
| 01/31/2017 | 21 | PRELIMINARY PRETRIAL ORDER: This case is referred to the June 2017 SETTLEMENT WEEK. Joinder of Parties and Motions to Amend due by 3/31/2017. Rule 26(a)(1) Disclosures due by 2/6/2017. Primary Expert due by 8/1/2017. Rebuttal Expert due by 8/22/2017. Discovery due by 9/30/2017. |

| | | |
|---|---|---|
| | | Dispositive motions due by 12/1/2017. Final Pretrial Conference ready by 6/2018. Signed by Magistrate Judge Elizabeth Preston Deavers on 1/31/2017. (mas) (Entered: 01/31/2017) |
| 01/31/2017 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Preston Deavers: Preliminary Pretrial Conference held on 1/31/2017. (sln) (Entered: 01/31/2017) |
| 03/16/2017 | 22 | MOTION to Certify Class by Plaintiff Sue E Gill. (Philipps, David) (Entered: 03/16/2017) |
| 03/16/2017 | 23 | BRIEF re 22 MOTION to Certify Class by Plaintiff Sue E Gill. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Philipps, David) (Entered: 03/16/2017) |
| 04/06/2017 | 24 | Unopposed MOTION for Extension of Time New date requested 4/20/2017. by Defendant Midland Funding, LLC. (Seitz, Theodore) (Entered: 04/06/2017) |
| 04/06/2017 | 25 | Unopposed MOTION for Extension of Time to File Response/Reply New date requested 4/20/2017. by Defendant Convergent Outsourcing, Inc.. (Olson, Charity) (Entered: 04/06/2017) |
| 04/07/2017 | 26 | ORDER granting 24 and 25 Defendants' Motion for Extension of Time. Signed by Judge Michael H. Watson on 4/7/17. (jk) (Entered: 04/07/2017) |
| 04/10/2017 | | Set/Reset Deadlines as to 22 MOTION to Certify Class per 26 ORDER granting 24 and 25 Defendants' Motion for Extension of Time. Responses due by 4/20/2017 (ew) (Entered: 04/10/2017) |
| 04/10/2017 | 27 | STIPULATED PROTECTIVE ORDER. Signed by Magistrate Judge Elizabeth Preston Deavers on 4/10/2017. (sln) (Entered: 04/10/2017) |
| 04/17/2017 | 28 | NOTICE of Hearing: Status Conference set for 4/19/2017 03:00 PM in Teleconference before Magistrate Judge Elizabeth Preston Deavers. (sln) (Entered: 04/17/2017) |
| 04/17/2017 | | NOTICE OF CHANGE IN HEARING TIME: Status Conference reset to 4/19/2017 12:00 PM in Teleconference before Magistrate Judge Elizabeth Preston Deavers. (Previously set for 3:00 PM.) (sln) (Entered: 04/17/2017) |
| 04/19/2017 | 29 | MOTION to Stay *Proceedings Pending Certification of Nationwide Class* by Defendant Convergent Outsourcing, Inc.. (Olson, Charity) (Entered: 04/19/2017) |
| 04/19/2017 | 30 | BRIEF re 29 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* by Defendant Convergent Outsourcing, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Olson, Charity) (Entered: 04/19/2017) |
| 04/19/2017 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Preston Deavers: Status Conference held on 4/19/2017. Parties to brief whether case should be stayed in light of nationwide class action settlement in District of Colorado. (sln) (Entered: 04/19/2017) |
| 04/20/2017 | 31 | |

| | | MOTION Hold Class Certification Briefing Deadlines in Abeyance Pending the Court's Ruling re <u>29</u> MOTION to Stay *Proceedings Pending Certification of Nationwide Class* by Defendants Convergent Outsourcing, Inc., Midland Funding, LLC. (Olson, Charity) (Entered: 04/20/2017) |
|---|---|---|
| 04/20/2017 | <u>32</u> | BRIEF re <u>31</u> MOTION Hold Class Certification Briefing Deadlines in Abeyance Pending the Court's Ruling re <u>29</u> MOTION to Stay *Proceedings Pending Certification of Nationwide Class* by Defendants Convergent Outsourcing, Inc., Midland Funding, LLC. (Attachments: # <u>1</u> Exhibit A) (Olson, Charity) (Entered: 04/20/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/25/2017 14:43:27 | | | |
| **PACER Login:** | gp0105:2556624:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-01035-MHW-EPD |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# U.S. District Court
## Western District of Oklahoma[LIVE] (Oklahoma City)
## CIVIL DOCKET FOR CASE #: 5:16-cv-00812-D

Vantuyl et al v. Convergent Outsourcing Inc et al
Assigned to: Honorable Timothy D. DeGiusti
Cause: 28:1331 Fed. Question

Date Filed: 07/19/2016
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Jeremy Vantuyl**
*individually*

represented by **David M Marco**
SmithMarco PC
55 W Monroe St
Suite 1200
Chicago, IL 60603
312-546-6539
Fax: 312-602-3911
Email: dmarco@smithmarco.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J Philipps**
Philipps & Philipps Ltd
9760 S Roberts Road
Suite One
Paols Hills, IL 60465
708-974-2900
Fax: 708-974-2907
Email: davephilipps@aol.com
*ATTORNEY TO BE NOTICED*

**Larry P Smith**
SmithMarco PC
55 W Monroe St
Suite 1200
Chicago, IL 60603
312-324-3532
Fax: 312-602-3911
Email: lsmith@smithmarco.com
*ATTORNEY TO BE NOTICED*

**M Kathi Rawls**
Rawls Law Office PLC
2404 S Broadway
Moore, OK 73160

405-912-3225
Fax: 405-703-2769
Email: mkr@rawlslawoffice.com
*ATTORNEY TO BE NOTICED*

**Mary E Philipps**
Philipps & Philipps Ltd
9760 S Roberts Road
Suite One
Paols Hills, IL 60465
708-974-2900
Fax: 708-974-2907
Email: mephilipps@aol.com
*ATTORNEY TO BE NOTICED*

**Minal Gahlot**
Rawls Law Office PLC
2404 S Broadway
Moore, OK 73160
405-912-3225
Email: minal@rawlslawoffice.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jeremy Vantuyl**<br>*on behalf of all others similarly situated* | represented by | **David M Marco**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Larry P Smith**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **M Kathi Rawls**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Minal Gahlot**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Convergent Outsourcing Inc**<br>*a Washington corporation* | represented by | **Judy Hamilton Morse**<br>Crowe & Dunlevy-OKC<br>Braniff Building<br>324 N Robinson Ave |

Suite 100
Oklahoma City, OK 73102
405-235-7700
Fax: 405-272-5242
Email: judy.morse@crowedunlevy.com
*ATTORNEY TO BE NOTICED*

**Lysbeth L George**
Crowe & Dunlevy-OKC
Braniff Building
324 N Robinson Ave
Suite 100
Oklahoma City, OK 73102
405-235-7700
Fax: 405-272-5203
Email:
lysbeth.george@crowedunlevy.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Galaxy International Purchasing LLC**<br>*a Nevada limited liability company* | represented by | **Judy Hamilton Morse**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Lysbeth L George**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2016 | 1 | COMPLAINT against Convergent Outsourcing Inc, Galaxy International Purchasing LLC filed by Jeremy Vantuyl(individually), Jeremy Vantuyl(on behalf of all others similarly situated). (Attachments: # 1 Civil Cover Sheet)(jb) (Entered: 07/19/2016) |
| 07/19/2016 | 2 | Summons Issued Electronically as to Convergent Outsourcing Inc, Galaxy International Purchasing LLC. (jb) (Entered: 07/19/2016) |
| 07/19/2016 | | PAYMENT FOR A CIVIL CASE Filing fee $ 400, receipt number 1087-2322663. (Marco, David) (Entered: 07/19/2016) |
| 07/19/2016 | 3 | ENTRY of Appearance by Larry P Smith on behalf of All Plaintiffs (Smith, Larry) (Entered: 07/19/2016) |
| 07/20/2016 | 4 | ENTRY of Appearance by David J Philipps on behalf of Jeremy Vantuyl (individually) (Philipps, David) (Entered: 07/20/2016) |
| 07/20/2016 | 5 | ENTRY of Appearance by Mary E Philipps on behalf of Jeremy Vantuyl (individually) (Philipps, Mary) (Entered: 07/20/2016) |
| 07/22/2016 | 6 | |

| | | |
|---|---|---|
| | | AMENDED COMPLAINT against All Defendants filed by Jeremy Vantuyl(on behalf of all others similarly situated). (Attachments: # 1 Exhibit 1-May 9, 2016 Correspondence)(Marco, David) (Entered: 07/22/2016) |
| 08/25/2016 | 7 | ENTRY of Appearance by Judy Hamilton Morse on behalf of Convergent Outsourcing Inc, Galaxy International Purchasing LLC (Morse, Judy) (Entered: 08/25/2016) |
| 08/25/2016 | 8 | ENTRY of Appearance by Lysbeth L George on behalf of Convergent Outsourcing Inc, Galaxy International Purchasing LLC (George, Lysbeth) (Entered: 08/25/2016) |
| 08/25/2016 | 9 | UNOPPOSED MOTION for Extension of Time to File Answer re 6 Amended Complaint by Convergent Outsourcing Inc, Galaxy International Purchasing LLC. (George, Lysbeth) (Entered: 08/25/2016) |
| 08/30/2016 | 10 | ORDER granting 9 UNOPPOSED MOTION for Extension of Time. Convergent Outsourcing Inc answer due 9/9/2016; Galaxy International Purchasing LLC answer due 9/9/2016. Signed by Honorable Timothy D. DeGiusti on 08/30/2016. (jb) (Entered: 08/30/2016) |
| 09/09/2016 | 11 | ANSWER to 6 Amended Complaint by Convergent Outsourcing Inc, Galaxy International Purchasing LLC.(George, Lysbeth) (Entered: 09/09/2016) |
| 09/30/2016 | 12 | DOCKET: Scheduling Conference set for 10/31/2016 10:30 AM in Chambers before Honorable Timothy D. DeGiusti. Status Report due by 10/27/2016. (mb) (Entered: 09/30/2016) |
| 10/04/2016 | 13 | ORDER directing local counsel to enter appearance no later than 10/18/2016. Signed by Honorable Timothy D. DeGiusti on 10/4/2016. (mb) (Entered: 10/04/2016) |
| 10/12/2016 | 14 | MOTION for Leave to Appear Pro Hac Vice *Motion for Admission Pro Hac Vice for Charity A. Olson* by Convergent Outsourcing Inc, Galaxy International Purchasing LLC. (Attachments: # 1 Exhibit 1 - Request for Admission)(George, Lysbeth) (Entered: 10/12/2016) |
| 10/13/2016 | 15 | Receipt for Money Received from Convergent Outsourcing Inc, Galaxy International Purchasing LLC in the amount of $50.00, receipt number OKW500056779 regarding 14 MOTION for Leave to Appear Pro Hac Vice *Motion for Admission Pro Hac Vice for Charity A. Olson* (jb) (Entered: 10/13/2016) |
| 10/14/2016 | 16 | ENTRY of Appearance by M Kathi Rawls on behalf of All Plaintiffs (Rawls, M) (Entered: 10/14/2016) |
| 10/14/2016 | 17 | ENTRY of Appearance by Minal Gahlot on behalf of All Plaintiffs (Gahlot, Minal) (Entered: 10/14/2016) |
| 10/17/2016 | 18 | ORDER granting 14 Motion for Admission Pro Hac Vice of Charity A. Olson. Signed by Honorable Timothy D. DeGiusti on 10/17/2016. (jb) (Entered: 10/17/2016) |
| 10/25/2016 | 19 | |

| | | |
|---|---|---|
| | | JOINT STATUS REPORT *and Discovery Plan* by Plaintiff Jeremy Vantuyl. (Philipps, David) (Entered: 10/25/2016) |
| 10/31/2016 | 20 | SCHEDULING ORDER: Motions to join due 14 days; Motions to amend due 14 days; Pla expert witness list and expert reports due 3/7/2017; Dft expert witness list and expert reports due 3/21/2017; Pla witness list due 3/21/2017; Pla exhibit list due 3/21/2017; Motions in limine due 5/19/2017; Voir dire requests due 5/17/2017; Discovery due by 5/5/2017. Jury Trial set for 7/11/2017 09:30 AM in Courtroom 503 before Honorable Timothy D. DeGiusti. Motions due by 4/5/2017. Pretrial Report due by 5/19/2017.. Signed by Honorable Timothy D. DeGiusti on 10/31/2016. (mb) (Entered: 10/31/2016) |
| 12/09/2016 | 21 | MOTION to Certify Class by Jeremy Vantuyl(individually). (Philipps, David) (Entered: 12/09/2016) |
| 12/09/2016 | 22 | MEMORANDUM in Support re 21 MOTION to Certify Class filed by Jeremy Vantuyl(individually). (Attachments: # 1 Exhibit 1 - collection letter, # 2 Exhibit 2 - excerpt of discovery response, # 3 Exhibit 3 - Philipps Declaration, # 4 Exhibit 4 - Vantuyl Declaration, # 5 Exhibit 5 - Marco Declaration)(Philipps, David) (Entered: 12/09/2016) |
| 12/13/2016 | 23 | NOTICE of Change of Address by Larry P Smith (Smith, Larry) (Entered: 12/13/2016) |
| 01/09/2017 | 24 | UNOPPOSED MOTION to Stay Case *Pending Mediation* by Convergent Outsourcing Inc, Galaxy International Purchasing LLC. (George, Lysbeth) (Entered: 01/09/2017) |
| 01/11/2017 | 25 | ORDER granting 24 Motion to Stay Case. Accordingly, all proceedings in this case, including Defendants deadline to respond to Plaintiffs Motion for Class Certification, are stayed until 60 days after mediation is concluded. Upon completion of mediation, counsel are hereby directed to file a joint status report notifying the Court of the parties progress, and if necessary, provide the Court with a proposed modified scheduling order. Signed by Honorable Timothy D. DeGiusti on 1/11/17. (ml) (Entered: 01/11/2017) |
| 04/03/2017 | 26 | MOTION to Lift Stay *and to Re-Set Schedule* by Jeremy Vantuyl(individually). (Philipps, David) (Entered: 04/03/2017) |
| 04/24/2017 | 27 | RESPONSE to Motion re 26 MOTION to Lift Stay *and to Re-Set Schedule* filed by Convergent Outsourcing Inc, Galaxy International Purchasing LLC. (Attachments: # 1 Exhibit A - Class Action Complaint in Colorado, # 2 Exhibit B - Class Settlement)(George, Lysbeth) (Entered: 04/24/2017) |
| 04/25/2017 | 28 | MOTION to Continue *Stay of Proceedings* by Convergent Outsourcing Inc, Galaxy International Purchasing LLC. (George, Lysbeth) (Entered: 04/25/2017) |
| 04/25/2017 | 29 | MEMORANDUM in Support re 28 MOTION to Continue *Stay of Proceedings* filed by Convergent Outsourcing Inc, Galaxy International Purchasing LLC. (Attachments: # 1 Exhibit A - Second Amended Complaint, Colorado, # 2 Exhibit B - Joint Motion for Conditional Class Certification, # 3 Exhibit C - Order Granting Motion to Stay, Oregon, # 4 Exhibit D - Order Granting Motion to Stay, Texas)(George, Lysbeth) (Entered: 04/25/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/25/2017 13:45:30 | | | |
| **PACER Login:** | gp0105 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:16-cv-00812-D Start date: 1/1/1970 End date: 4/25/2017 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

SCHENKIER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:16-cv-04566

Jordan v. Convergent Outsourcing, Inc.
Assigned to: Honorable Charles R. Norgle, Sr
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 04/22/2016
Jury Demand: Both
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Mary Jordan**

represented by **David M. Marco**
SmithMarco, P.C.
55 W. Monroe Street
Suite 1200
Chicago, IL 60603
312-361-1690
Email: dmarco@smithmarco.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry Paul Smith**
SmithMarco, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
312-324-3532
Email: lsmith@smithmarco.com
*ATTORNEY TO BE NOTICED*

**Stacy Michelle Bardo**
Bardo Law, P.C.
22 West Washington Street
Suite 1500
Chicago, IL 60602
(312) 219-6980
Email: stacy@bardolawpc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Convergent Outsourcing, Inc.**

represented by **Brandon Allen Carnes**
Rock Fusco & Connelly, Llc
321 N. Clark St.
Ste. 2200
Chicago, IL 60654

(312) 494-1000
Email:
bcarnes@rockfuscoconnelly.com
*ATTORNEY TO BE NOTICED*

**Charity A. Olson**
Olson Law Group
2723 S. State St
Suite 150
Ann Arbor, MI 48104
(734) 222 - 5179
Email: colson@olsonlawpc.com
*ATTORNEY TO BE NOTICED*

**Timothy Robert Handell**
1400 N. Lake Shore Drive
#3P
Chicago, IL 60610
312-890-9553
Email: thandell1@gmail.com
*TERMINATED: 04/13/2017*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Pinnacle Credit Services, LLC**     represented by   **Charity A. Olson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/22/2016 | <u>1</u> | COMPLAINT filed by Mary Jordan; Jury Demand. Filing fee $ 400, receipt number 0752-11854516.(Marco, David) (Entered: 04/22/2016) |
| 04/22/2016 | <u>2</u> | CIVIL Cover Sheet (Marco, David) (Entered: 04/22/2016) |
| 04/22/2016 | <u>3</u> | ATTORNEY Appearance for Plaintiff Mary Jordan by David M. Marco (Marco, David) (Entered: 04/22/2016) |
| 04/22/2016 | <u>4</u> | ATTORNEY Appearance for Plaintiff Mary Jordan by Larry Paul Smith (Smith, Larry) (Entered: 04/22/2016) |
| 04/22/2016 | | CASE ASSIGNED to the Honorable Charles R. Norgle, Sr. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. (dc, ) (Entered: 04/22/2016) |
| 04/22/2016 | | SUMMONS Issued as to Defendant Convergent Outsourcing, Inc. (jp, ) (Entered: 04/22/2016) |
| 04/26/2016 | <u>5</u> | ATTORNEY Appearance for Plaintiff Mary Jordan by Stacy Michelle Bardo (Bardo, Stacy) (Entered: 04/26/2016) |

| | | |
|---|---|---|
| 05/05/2016 | 6 | AMENDED complaint by Mary Jordan against Convergent Outsourcing, Inc. (Marco, David) (Entered: 05/05/2016) |
| 06/21/2016 | 7 | ATTORNEY Appearance for Defendant Convergent Outsourcing, Inc. by Charity A. Olson (Olson, Charity) (Entered: 06/21/2016) |
| 06/21/2016 | 8 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Convergent Outsourcing, Inc. (Olson, Charity) (Entered: 06/21/2016) |
| 06/21/2016 | 9 | ANSWER to amended complaint *with Affirmative Defenses* by Convergent Outsourcing, Inc.(Olson, Charity) (Entered: 06/21/2016) |
| 08/23/2016 | 10 | MINUTE entry before the Honorable Charles R. Norgle: A status hearing is set for 9/14/2016 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 08/23/2016) |
| 09/12/2016 | 11 | MOTION by Plaintiff Mary Jordan for leave to file *second amended complaint* (Attachments: # 1 Exhibit 1 (Proposed Second Amended Complaint - Class Action))(Bardo, Stacy) (Entered: 09/12/2016) |
| 09/12/2016 | 12 | NOTICE of Motion by Stacy Michelle Bardo for presentment of motion for leave to file 11 before Honorable Charles R. Norgle Sr. on 9/16/2016 at 10:30 AM. (Bardo, Stacy) (Entered: 09/12/2016) |
| 09/13/2016 | 13 | ATTORNEY Appearance for Defendant Convergent Outsourcing, Inc. by Brandon Allen Carnes (Carnes, Brandon) (Entered: 09/13/2016) |
| 09/14/2016 | 14 | MINUTE entry before the Honorable Charles R. Norgle: Status hearing held on 9/14/201. Defendant's response to Plaintiff's motion for leave to file an amended complaint 11 is due on or before 9/28/2016. Plaintiff's reply will be due on or before 10/5/2016. The parties are not required to appear before the court on Friday, September 16, 2016. Status hearing is continued to 11/4/2016 at 10:00 a.m.Mailed notice (ewf, ) (Entered: 09/14/2016) |
| 10/12/2016 | 15 | ORDER: In light of the allegations in 2 of Plaintiff's Motion for Leave to File a Second Amended Complaint, that there are other pending cases involving Defendant within this district, Plaintiff shall advice the Court of all other pending matters to which she refers, on or before October 25, 2016 Plaintiff's Motion for Leave to File a Second Amended Complaint [ll] is taken under advisement. See Brunt v. Serv. Union Employees Int'l Union, 284 F.3d 715, 720 (7th Cir. 2002) (while a motion to amend a pleading should be freely given when justice so requires, this right is not absolute and within discretion of the court). Signed by the Honorable Charles R. Norgle, Sr on 10/12/2016. Mailed notice. (jl) (Entered: 10/14/2016) |
| 10/18/2016 | 16 | NOTICE by Stacy Michelle Bardo of Change of Address (Bardo, Stacy) (Entered: 10/18/2016) |
| 10/24/2016 | 17 | SUPPLEMENT to motion for leave to file 11 *per October 12, 2016 Order* (Attachments: # 1 Exhibit A (Collection Letter), # 2 Exhibit B (Collection Letter))(Bardo, Stacy) (Entered: 10/24/2016) |
| 11/03/2016 | 18 | ATTORNEY Appearance for Defendant Convergent Outsourcing, Inc. by Timothy Robert Handell (Handell, Timothy) (Entered: 11/03/2016) |

| 11/04/2016 | 19 | MINUTE entry before the Honorable Charles R. Norgle: Motion for leave to file an amended complaint 11 is granted. Status hearing held on 11/4/2016. An Agreed Written Status Report is due on 1/31/2017.Mailed notice (ewf, ) (Entered: 11/04/2016) |
| 11/07/2016 | 20 | *Second* AMENDED complaint by Mary Jordan against Convergent Outsourcing, Inc., Pinnacle Credit Services, LLC *(Class Action)* (Attachments: # 1 Exhibit A (collection letter))(Bardo, Stacy) (Entered: 11/07/2016) |
| 11/07/2016 |  | SUMMONS Issued as to Defendant Pinnacle Credit Services, LLC (cc, ) (Entered: 11/07/2016) |
| 11/21/2016 | 21 | ATTORNEY Appearance for Defendant Pinnacle Credit Services, LLC by Charity A. Olson (Olson, Charity) (Entered: 11/21/2016) |
| 11/21/2016 | 22 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Pinnacle Credit Services, LLC (Olson, Charity) (Entered: 11/21/2016) |
| 11/21/2016 | 23 | ANSWER to amended complaint by Pinnacle Credit Services, LLC(Olson, Charity) (Entered: 11/21/2016) |
| 11/21/2016 | 24 | ANSWER to amended complaint by Convergent Outsourcing, Inc.(Olson, Charity) (Entered: 11/21/2016) |
| 11/22/2016 | 25 | SUMMONS Returned Executed by Mary Jordan as to Pinnacle Credit Services, LLC on 11/8/2016, answer due 11/29/2016. (Bardo, Stacy) (Entered: 11/22/2016) |
| 12/13/2016 | 26 | NOTICE by Larry Paul Smith of Change of Address (Smith, Larry) (Entered: 12/13/2016) |
| 01/31/2017 | 27 | STATUS Report *(Joint)* by Mary Jordan (Bardo, Stacy) (Entered: 01/31/2017) |
| 03/06/2017 | 28 | MOTION by Defendants Convergent Outsourcing, Inc., Pinnacle Credit Services, LLC to stay *proceedings pending certification of nationwide class* (Olson, Charity) (Entered: 03/06/2017) |
| 03/06/2017 | 29 | EXHIBIT by Defendants Convergent Outsourcing, Inc., Pinnacle Credit Services, LLC regarding MOTION by Defendants Convergent Outsourcing, Inc., Pinnacle Credit Services, LLC to stay *proceedings pending certification of nationwide class* 28 (Olson, Charity) (Entered: 03/06/2017) |
| 03/06/2017 | 30 | NOTICE of Motion by Charity A. Olson for presentment of motion to stay 28 before Honorable Charles R. Norgle Sr. on 3/17/2017 at 10:30 AM. (Olson, Charity) (Entered: 03/06/2017) |
| 03/15/2017 | 31 | *Amended* NOTICE of Motion by Charity A. Olson for presentment of motion to stay 28 before Honorable Charles R. Norgle Sr. on 3/24/2017 at 10:30 AM. (Olson, Charity) (Entered: 03/15/2017) |
| 03/21/2017 | 32 | RESPONSE by Mary Jordanin Opposition to MOTION by Defendants Convergent Outsourcing, Inc., Pinnacle Credit Services, LLC to stay *proceedings pending certification of nationwide class* 28 (Attachments: # 1 Exhibit A - Ross Docket Sheet)(Bardo, Stacy) (Entered: 03/21/2017) |

| 03/23/2017 | 33 | MINUTE entry before the Honorable Charles R. Norgle: Defendants' reply to Plaintiff's Opposition to Defendants' Motion to Stay Proceedings is due on or before 4/6/2017. The parties are not required to appear before the court on Friday, March 24, 2017. Mailed notice (ewf, ) (Entered: 03/23/2017) |
|---|---|---|
| 04/05/2017 | 34 | MOTION by Defendants Convergent Outsourcing, Inc., Pinnacle Credit Services, LLC for extension of time to file response/reply as to response in opposition to motion, 32 *UNOPPOSED* (Olson, Charity) (Entered: 04/05/2017) |
| 04/05/2017 | 35 | NOTICE of Motion by Charity A. Olson for presentment of motion for extension of time to file response/reply, motion for relief 34 before Honorable Charles R. Norgle Sr. on 4/14/2017 at 10:30 AM. (Olson, Charity) (Entered: 04/05/2017) |
| 04/07/2017 | 36 | MOTION for leave to withdraw appearance. (Handell, Timothy) Docket Text Modified by Clerk's Office on 4/7/2017. (jh, ). (Entered: 04/07/2017) |
| 04/10/2017 | 37 | *Notice of Routine Motion by Timothy Robert Handell for presentment of motion to withdraw as attorney 36 before Honorable Sidney I. Schenkier on 4/13/2017 at 08:30 AM (Handell, Timothy)* NOTICE of Motion by Timothy Robert Handell for presentment of motion to withdraw as attorney 36 before Honorable Sidney I. Schenkier on 4/13/2017 at 08:30 AM. (Handell, Timothy) (Entered: 04/10/2017) |
| 04/12/2017 | 38 | *AMENDED* NOTICE of Motion by Timothy Robert Handell for presentment of motion to withdraw as attorney 36 before Honorable Charles R. Norgle Sr. on 4/14/2017 at 10:30 AM. (Handell, Timothy) (Entered: 04/12/2017) |
| 04/13/2017 | 39 | MINUTE entry before the Honorable Charles R. Norgle: Motion to withdraw as attorney 36 is granted. Motion for Extension of Time to File Reply to Plaintiff's Opposition to Defendants' Motion to Stay Proceedings 34 is granted. Attorney Timothy Robert Handell terminated. The parties are not required to appear before the court on Friday, April 14, 2017. Mailed notice (ewf, ) (Entered: 04/13/2017) |
| 04/13/2017 | 40 | REPLY by Defendants Convergent Outsourcing, Inc., Pinnacle Credit Services, LLC to motion to stay 28 (Attachments: # 1 Exhibit A)(Olson, Charity) (Entered: 04/13/2017) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/25/2017 13:47:06 | | |
| **PACER Login:** | gp0105:2556624:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cv-04566 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

STAYED

## U.S. District Court
### District of Oregon (Portland (3))
### CIVIL DOCKET FOR CASE #: 3:17-cv-00117-BR

Estrella v. Convergent Outsourcing, Inc.
Assigned to: Judge Anna J. Brown
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 01/24/2017
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Jeremy Estrella**
*consumer residing in Oregon,*
*individually and on behalf of all others*
*similarly situated*

represented by **Michael R. Fuller**
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, OR 97204
503-201-4570
Fax: 503-362-1375
Email: Michael@UnderdogLawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly D. Jones**
Kelly D. Jones, Attorney at Law
819 SE Morrison St.
Suite 255
Portland, OR 97214
503-847-4329
Fax: 503-715-0524
Email: kellydonovanjones@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Convergent Outsourcing, Inc.**
*a foreign corporation*

represented by **Donald G. Grant**
Donald G. Grant,P.S.
Attorneys & Counselors at Law
Washougal Town Square, Suite 245
1700 Main Street
Washougal, WA 98671
360-694-8488
Fax: 360-694-8688
Email: don@dongrantps.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2017 | 1 | Complaint. Filing fee in the amount of $400 collected. Agency Tracking ID: 0979-4880933 Jury Trial Requested: Yes. Filed by Jeremy Estrella against Convergent Outsourcing, Inc. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit). (Fuller, Michael) (Entered: 01/24/2017) |
| 01/25/2017 | 2 | Notice of Case Assignment to Judge Anna J. Brown and Discovery and Pretrial Scheduling Order. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3-5.** Discovery is to be completed by 5/25/2017. Joint Alternate Dispute Resolution Report is due by 6/26/2017. Pretrial Order is due by 6/26/2017. Ordered by Judge Anna J. Brown. (sss) (Entered: 01/25/2017) |
| 01/25/2017 | 3 | Summons Issued Electronically as to Convergent Outsourcing, Inc.. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3-5.** (sss) (Main Document 3 replaced on 1/25/2017) (sss). (Entered: 01/25/2017) |
| 01/27/2017 | 4 | Return of Service Executed as to Convergent Outsourcing, Inc. served on 1/26/2017, answer due on 2/16/2017. (Fuller, Michael) (Entered: 01/27/2017) |
| 02/23/2017 | 5 | Notice of Appearance of Donald G. Grant appearing on behalf of Convergent Outsourcing, Inc. Filed by on behalf of Convergent Outsourcing, Inc. (Grant, Donald) (Entered: 02/23/2017) |
| 02/23/2017 | 6 | Motion for Stay . Filed by Convergent Outsourcing, Inc.. (Attachments: # 1 Exhibit) (Grant, Donald) (Entered: 02/23/2017) |
| 03/09/2017 | 7 | Response in Opposition to Motion for Stay 6 Oral Argument requested. Filed by Jeremy Estrella. (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 7) (Fuller, Michael) (Entered: 03/09/2017) |
| 03/24/2017 | 8 | Reply to Motion for Stay 6 . Filed by Convergent Outsourcing, Inc.. (Grant, Donald) (Entered: 03/24/2017) |
| 04/12/2017 | 9 | **Opinion and Order:** The Court GRANTS Defendant's Motion 6 to Stay Proceedings and STAYS this action pending further order of the Court. The Court DIRECTS the parties to file a Joint Status Report no later than July 28, 2017, regarding the status of the Colorado Action. Signed on 04/12/2017 by Judge Anna J. Brown. See attached 11 page Opinion and Order for full text. (bb) (Entered: 04/12/2017) |

| PACER Service Center |
|---|
| **Transaction Receipt** |

| 04/25/2017 11:50:53 | | | |
|---|---|---|---|
| **PACER Login:** | gp0105 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:17-cv-00117-BR Start date: 1/1/1970 End date: 4/25/2017 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

STAYED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:16-cv-03318

Alexander v. Convergent Outsourcing, Inc.
Assigned to: Judge Lee H Rosenthal
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 11/09/2016
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Tamara Alexander**                          represented by   **Caitlyn Nicole Wells**
                                                               Kellett & Bartholow PLLC
                                                               11300 N Central Expy
                                                               Ste 301
                                                               Dallas, TX 75243
                                                               214-696-9000
                                                               Fax: 214-696-9001
                                                               Email: caitlyn@kblawtx.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Karen L Kellett**
                                                               Kellett & Bartholow PLLC
                                                               11300 N Central Expy
                                                               Ste 301
                                                               Dallas, TX 75243
                                                               214-696-9000
                                                               Fax: 214-696-9001
                                                               Email: kkellett@akbpc.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Theodore O Bartholow , III**
                                                               Kellett & Bartholow PLLC
                                                               11300 N Central Expy
                                                               Ste 301
                                                               Dallas, TX 75243
                                                               214-696-9000
                                                               Fax: 214-696-9001
                                                               Email: akbecf@gmail.com
                                                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Convergent Outsourcing, Inc.**             represented by

Robbie LuAnn Malone
MALONE AKERLY MARTIN PLLC
8750 North Central Expressway
Suite 1850
Dallas, TX 75231
214-346-2625
Fax: 214-346-2631
Email: rmalone@mamlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2016 | 1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0541-17500235) filed by Tamara Alexander. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A-F)(Bartholow, Theodore) (Entered: 11/09/2016) |
| 11/10/2016 | 2 | ORDER Scheduling Rule 16 Conference With the Court and Setting Out the Requirements for Initial Pretrial Work. Initial Conference set for 2/24/2017 at 08:45 AM in Courtroom 11B before Judge Lee H Rosenthal. (Signed by Judge Lee H Rosenthal) (Attachments: # 1 Attachments) Parties notified.(hcarradi, 4) (Entered: 11/10/2016) |
| 11/10/2016 | 3 | Request for Issuance of Summons as to Convergent Outsourcing, Inc., filed. (Bartholow, Theodore) (Entered: 11/10/2016) |
| 11/14/2016 | | Summons Issued as to Convergent Outsourcing, Inc.. Issued summons returned to plaintiff by: First-class mail, filed.(hler, 4) (Entered: 11/14/2016) |
| 11/29/2016 | 4 | RETURN of Service of SUMMONS Executed as to Convergent Outsourcing, Inc. served on 11/18/2016, answer due 12/9/2016, filed.(Bartholow, Theodore) (Entered: 11/29/2016) |
| 12/07/2016 | 5 | STIPULATION re: Extension of Time to Answer or Respond by Convergent Outsourcing, Inc., filed.(Malone, Robbie) (Entered: 12/07/2016) |
| 01/09/2017 | 6 | ANSWER to 1 Complaint with N by Convergent Outsourcing, Inc., filed. (Malone, Robbie) (Entered: 01/09/2017) |
| 01/09/2017 | 7 | CERTIFICATE OF INTERESTED PARTIES by Convergent Outsourcing, Inc., filed.(Malone, Robbie) (Entered: 01/09/2017) |
| 01/09/2017 | 8 | AMENDED ANSWER to 1 Complaint with N by Convergent Outsourcing, Inc., filed. (Malone, Robbie) (Entered: 01/09/2017) |
| 01/11/2017 | 9 | CERTIFICATE OF INTERESTED PARTIES by Tamara Alexander, filed. (Wells, Caitlyn) (Entered: 01/11/2017) |
| 02/07/2017 | 10 | NOTICE of Resetting. Parties notified. Initial Conference reset for 3/1/2017 at 09:30 AM in Courtroom 11B before Chief Judge Lee H Rosenthal, filed. (leddins, 4) (Entered: 02/07/2017) |
| 02/10/2017 | 11 | |

| | | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Tamara Alexander, filed.(Wells, Caitlyn) (Entered: 02/10/2017) |
|---|---|---|
| 02/10/2017 | 12 | PROPOSED ORDER *Scheduling and Docket Control Order*, filed.(Wells, Caitlyn) (Entered: 02/10/2017) |
| 02/21/2017 | 13 | PROPOSED ORDER *Agreed Protective Order*, filed.(Wells, Caitlyn) (Entered: 02/21/2017) |
| 02/23/2017 | 14 | NOTICE *OF DEFENDANT CONVERGENT OUTSOURCING, INC.S INITIAL RULE 26(a)(1) DISCLOSURES* by Convergent Outsourcing, Inc., filed. (Malone, Robbie) (Entered: 02/23/2017) |
| 02/23/2017 | 15 | Opposed MOTION to Stay *Proceedings* by Convergent Outsourcing, Inc., filed. Motion Docket Date 3/16/2017. (Attachments: # 1 Proposed Order)(Malone, Robbie) (Entered: 02/23/2017) |
| 02/27/2017 | 16 | ORDER entered regarding submission of protective order. The parties may file a revised protective order no later than March 6, 2017.(Signed by Chief Judge Lee H Rosenthal) Parties notified.(leddins, 4) (Entered: 02/27/2017) |
| 03/01/2017 | 17 | SCHEDULING AND DOCKET CONTROL ORDER. Motion for Class Certification due by 5/12/2017. Amended Pleadings due by 5/12/2017. Discovery due by 10/20/2017. Mediation due by 6/30/2017. Dispositive Motion Filing due by 11/10/2017. Joint Pretrial Order due by 1/19/2018. Docket Call set for 1/26/2018 at 02:00 PM in Courtroom 11B before Chief Judge Lee H Rosenthal. (Signed by Chief Judge Lee H Rosenthal) Parties notified. (wbostic, 4) (Entered: 03/02/2017) |
| 03/01/2017 | 18 | Minute entry for proceedings before the Hon. Lee H. Rosenthal. Initial conference held on March 1, 2017. The court will enter a scheduling and docket control order. Appearances: Theodore Bartholow/Caitlyn Wells for Pltf. and Robbie LuAnn Malone for Deft.(Court Reporter: H. Alcaraz), filed.(leddins, 4) (Entered: 03/02/2017) |
| 03/03/2017 | 19 | Supplemental INITIAL DISCLOSURES by Convergent Outsourcing, Inc., filed.(Malone, Robbie) (Entered: 03/03/2017) |
| 03/06/2017 | 20 | PROPOSED ORDER *Agreed Protective Order*, filed.(Wells, Caitlyn) (Entered: 03/06/2017) |
| 03/07/2017 | 22 | AGREED PROTECTIVE ORDER (Signed by Chief Judge Lee H Rosenthal) Parties notified.(olindor, 4) (Entered: 03/08/2017) |
| 03/08/2017 | 21 | AO 435 TRANSCRIPT REQUEST by Caitlyn Wells for Transcript of 03/01/2017, Judge Rosenthal, 03/01/2017. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Heather Alcaraz, filed. (sroque, 4) (Entered: 03/08/2017) |
| 03/09/2017 | 23 | TRANSCRIPT re: Initial Conference held on 3/1/17 before Chief Judge Lee H Rosenthal. Court Reporter Heather Alcaraz. Ordering Party Caitlyn Wells. Release of Transcript Restriction set for 6/7/2017, filed. (halcaraz, ) (Entered: 03/09/2017) |
| | | |

| 03/10/2017 | 24 | Notice of Filing of Official Transcript as to 23 Transcript. Party notified, filed. (hcarr, 4) (Entered: 03/10/2017) |
| 03/24/2017 | 25 | STATUS REPORT by Convergent Outsourcing, Inc., filed. (Attachments: # 1 Unredacted attachment Status Report Supporting Document, # 2 Unredacted attachment Status Report Supporting Document)(Malone, Robbie) (Entered: 03/24/2017) |
| 03/30/2017 | 26 | RESPONSE in Opposition to 15 Opposed MOTION to Stay *Proceedings*, filed by Tamara Alexander. (Attachments: # 1 Proposed Order, # 2 Exhibit A-E) (Kellett, Karen) (Entered: 03/30/2017) |
| 04/06/2017 | 27 | STATUS REPORT by Convergent Outsourcing, Inc., filed. (Attachments: # 1 Referenced Order Attachment)(Malone, Robbie) (Entered: 04/06/2017) |
| 04/07/2017 | 28 | REPLY to Response to 15 Opposed MOTION to Stay *Proceedings*, filed by Convergent Outsourcing, Inc.. (Malone, Robbie) (Entered: 04/07/2017) |
| 04/13/2017 | 29 | STATUS REPORT by Convergent Outsourcing, Inc., filed.(Malone, Robbie) (Entered: 04/13/2017) |
| 04/17/2017 | 30 | STATUS REPORT by Convergent Outsourcing, Inc., filed.(Malone, Robbie) (Entered: 04/17/2017) |
| 04/17/2017 | 31 | SUPPLEMENT to 30 Status Report by Convergent Outsourcing, Inc., filed. (Malone, Robbie) (Entered: 04/17/2017) |
| 04/18/2017 | 32 | MEMORANDUM AND ORDER entered : GRANTING 15 Opposed MOTION to Stay *Proceedings*. A Status Conference is set for 7/6/2017 at 10:00 AM in Courtroom 11B before Chief Judge Lee H Rosenthal. (Signed by Chief Judge Lee H Rosenthal) Parties notified.(leddins, 4) (Entered: 04/18/2017) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/25/2017 13:52:32 | | |
| **PACER Login:** | gp0105:2556624:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:16-cv-03318 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |