**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
COURT FILE NO.: 16-cv-825-PAB**

| | |
|---|---|
| Devonn Ross, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Convergent Outsourcing, Inc. and LVNV Funding, LLC, <br><br> Defendants. | |

Theresa Matthews Motion to Intervene

# EXHIBIT D

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# MOTION HEARING

| | |
|---|---|
| Theresa Matthews, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Convergent Outsourcing, Inc.,<br><br>　　　　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Becky R. Thorson<br>U.S. Magistrate Judge<br><br>Case No:　　　16cv3924 (JNE/BRT)<br>Date:　　　　　May 24, 2017<br>Location:　　　St. Paul, Courtroom 6A<br>Tape: CD Number:　5/24/17 (1:32–2:29) (3:04–3:17)<br>Sealed:　　　　No<br>Time Commenced:　1:32 p.m.<br>Time Concluded:　3:17 p.m.<br>Time in Court:　105 Minutes |

APPEARANCES:

　　For Plaintiff:　　Thomas L. Lyons, Jr., Esq., Consumer Justice Center P.A.

　　For Defendant:　Charity A. Olson, Esq., Olson Law Group

　　Hearing on:　　Defendant Convergent Outsourcing, Inc.'s Motion to Stay Proceedings Pending Certification of Nationwide Class (Doc. No. 20) and Motion for Extension of Time to Complete Discovery (Doc. No. 26).

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF:

As stated on the record, Defendant Convergent Outsourcing, Inc.'s Motion to Stay Proceedings Pending Certification of Nationwide Class (**Doc. No. 20**) is **DENIED IN PART** and **GRANTED IN PART**. This matter is stayed for a period of **sixty (60) days**.

Defendant Convergent Outsourcing, Inc.'s Motion for Extension of Time to Complete Discovery (**Doc. No. 26**) is **DENIED**. Defendant must respond to Plaintiff's outstanding discovery requests within **fourteen (14) days**.

**Text Only Order Needed.**

☐ ORDER TO BE ISSUED　　X NO SEPARATE ORDER TO BE ISSUED　　☐ R&R TO BE ISSUED　　☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court　　☐ Exhibits returned to counsel

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Troy M. Martell
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Law Clerk