# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# COURT FILE NO.: 16-cv-825-PAB

| | |
|---|---|
| Devonn Ross, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Convergent Outsourcing, Inc. and LVNV Funding, LLC, <br><br> Defendants. | |

Theresa Matthews Motion to Intervene

# EXHIBIT A

ATERSO01
PO Box 1022
Wixom MI 48393-1022
CHANGE SERVICE REQUESTED



Convergent Outsourcing, Inc.
800 SW 39th St./PO Box 9004
Renton, WA 98057
Mon-Fri 8AM-5PM PT
866-291-6364

Date: 06/23/2016
Creditor: T-Mobile, USA
Client Account #: ████8510

Convergent Account #: T-████5588

Theresa Matthews

Minneapolis MN 55412-2165

Settlement In Full: $ 229.80
Principal:      $ 459.59
Total Balance:  $ 459.59

## Settlement Offer

Dear Theresa Matthews:

This notice is being sent to you by a collection agency. The records of T-Mobile, USA show that your account has a past due balance of $ 459.59.

Our client has advised us that they are willing to offer you a reduced settlement amount of your total balance due to settle your past due balance. The full settlement amount or first payment of your selected payment program must be received in our office within 45 days of this letter. If you are interested in taking advantage of this settlement opportunity, please complete the below information and remit with your payment.

Your settlement amount would be $ 229.80 to clear this account in full. This amount represents a 50% savings of your total balance. We are not obligated to make this offer to you in the future. Even if you are unable to take advantage of this offer, please contact us to see what terms can be worked out on your account.

Sincerely,

Convergent Outsourcing, Inc.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.



### 3 CONVENIENT WAYS TO PAY:

Pay Online: Email our office or pay your bill online with your credit/debit card or checking account at www.payconvergent.com. Your temporary identification number is: 8.10295588.524

Pay by Phone: Please call Convergent Outsourcing, Inc. at 866-291-6364. We offer check by phone, Western Union, and credit/debit card.

Pay by Mail: Send Payments to Convergent Outsourcing, Inc., PO Box 9004. Renton WA 98057-9004

PLEASE DETACH THE BOTTOM PORTION WITH YOUR PAYMENT   BEFORE MAILING. PLEASE ENSURE RETURN ADDRESS ON

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**Notice about Electronic Check Conversion:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. Also, you authorize us to represent a check as an electronic fund transfer from your account if your payment is returned unpaid.

This collection agency is licensed by Minnesota Department of Commerce.

We cannot sue to collect this debt and providing a partial payment may revive the creditor's ability to sue to collect the balance.

---

0401025580000045450000458520077980

If we are calling you in error, please call 855-728-9701 or visit our website at www.convergentusa.com.

866-291-6364

Re: Theresa Matthews

✓ **Select Your Plan:**

☐ **OPPORTUNITY #1** - Lump Sum Settlement Offer of 50%:
Enclosed is my payment of $229.80 (a 50% discount). My account is now satisfied in full.

☐ **OPPORTUNITY #2** - Pay 65% of the Total Balance Due Over 3 Months:
Enclosed is my first payment of $99.58 towards the settlement balance of $298.73 (a 35% discount).

☐ **OPPORTUNITY #3** - Spread Your Payments Over 12 Months:
Enclosed is my first payment of $38.30 towards the balance due of $459.59.

Creditor: T-Mobile, USA
Client Account #: ▓▓▓▓8510
Convergent Account #: ▓▓▓▓5588
Settlement in Full: $ 229.80
Total Balance: $ 459.59
Amount Enclosed: US $_____

PLEASE COMPLETE IF PAYING BY CREDIT CARD.
[ ] VISA / MASTERCARD
CARD NUMBER
CARDHOLDER NAME       EXP DATE
CARDHOLDER SIGNATURE    AMOUNT $

If Options 2 or 3 Have Been Selected, Please Enter Monthly Payment Date and Amount: $_____

⇧⇧ REVERSE SIDE APPEARS CORRECTLY THROUGH THE WINDOW OF THE REPLY ENVELOPE ⇧⇧

94VATERS001350

ATERSO01
PO Box 1022
Wixom MI 48393-1022
CHANGE SERVICE REQUESTED



Convergent Outsourcing, Inc.
800 SW 39th St./PO Box 9004
Renton, WA 98057
Mon-Fri 8AM-5PM PT
866-291-6364

Date: 06/23/2016
Creditor: Sprint
Client Account #: ____2485
Convergent Account #: T-____4637

Theresa Matthews
Minneapolis MN 55412-2165

Settlement In Full: $ 179.28
Principal: $ 512.24
Total Balance: $ 512.24

Settlement Offer

Dear Theresa Matthews:

This notice is being sent to you by a collection agency. The records of Sprint show that your account has a past due balance of $ 512.24.

Our client has advised us that they are willing to offer you a reduced settlement amount of your total balance due to settle your past due balance. The full settlement amount or first payment of your selected payment program must be received in our office within 45 days of this letter. If you are interested in taking advantage of this settlement opportunity, please complete the below information and remit with your payment.

Your settlement amount would be $ 179.28 to clear this account in full. This amount represents a 65% savings of your total balance. We are not obligated to make this offer to you in the future. Even if you are unable to take advantage of this offer, please contact us to see what terms can be worked out on your account.

Payment of the offered settlement amount will stop collection activity on this matter. We will inform Sprint once the payment(s) is/are posted. Payment of the settlement amount will not restore your service with Sprint. If you wish to re-establish service with Sprint at a future date, Sprint may require partial or full payment of your remaining balance at that time, according to Sprint's credit policy.

Sincerely,

Convergent Outsourcing, Inc.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.



### 3 CONVENIENT WAYS TO PAY:

Pay Online: Email our office or pay your bill online with your credit/debit card or checking account at www.payconvergent.com. Your temporary identification number is: 8.73454637.525

Pay by Phone: Please call Convergent Outsourcing, Inc. at 866-291-6364. We offer check by phone, Western Union, and credit/debit card.

Pay by Mail: Send Payments to Convergent Outsourcing, Inc., PO Box 9004, Renton WA 98057-9004

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**Notice about Electronic Check Conversion**: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. Also, you authorize us to represent a check as an electronic fund transfer from your account if your payment is returned unpaid.

This collection agency is licensed by Minnesota Department of Commerce.

We cannot sue to collect this debt and providing a partial payment may revive the creditor's ability to sue to collect the balance.

PLEASE DETACH THE BOTTOM PORTION WITH YOUR PAYMENT BEFORE MAILING. PLEASE ENSURE RETURN ADDRESS ON REVERSE SIDE APPEARS CORRECTLY THROUGH THE WINDOW OF THE REPLY ENVELOPE

159765702
846ATERSO01T335

866-291-6364

Re: Theresa Matthews

Creditor: Sprint
Client Account #: [redacted]2485
Convergent Account #: T-[redacted]4637
Settlement In Full: $ 179.28
Total Balance: $ 512.24
Amount Enclosed: US ____________

✓ **Select Your Plan:**

☐ OPPORTUNITY #1 - Lump Sum Settlement Offer of 35%:
Enclosed is my payment of $ 179.28 (a 65% discount). My account is now satisfied in full.

☐ OPPORTUNITY #2 - Settlement Offer of 50% & Pay Over 3 Months:
Enclosed is my first payment of $85.37 towards the settlement balance of $256.12 (a 50% discount).

☐ OPPORTUNITY #3 - Spread Your Payments Over 12 Months:
Enclosed is my first payment of $42.69 towards the balance due of $ 512.24.

If we are calling you in error, please call 855-728-9701 or visit our website at www.convergentusa.com.

| PLEASE COMPLETE IF PAYING BY CREDIT CARD. | |
|---|---|
| VISA ☐ | ☐ |
| CARD NUMBER | EXP DATE |
| CARDHOLDER NAME | AMOUNT $ |
| CARDHOLDER SIGNATURE | |

If Options 2 or 3 Have Been Selected, Please Enter Monthly Payment Date and Amount: ____________ $________

040073454637000005122400017928