**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**COURT FILE NO.: 16-cv-825-PAB**

| | |
|---|---|
| Devonn Ross, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Convergent Outsourcing, Inc. and LVNV Funding, LLC, <br><br> Defendants. | |

Theresa Matthews Motion to Intervene

# EXHIBIT C

CV,STAYED

# U.S. District Court
## U.S. District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:16-cv-03924-JNE-BRT

Matthews v. Convergent Outsourcing, Inc.  
Assigned to: Judge Joan N. Ericksen  
Referred to: Magistrate Judge Becky R. Thorson  
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 11/16/2016  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question

**Plaintiff**

**Theresa Matthews**  
*on behalf of herself and all others similarly situated*

represented by **Mark L Vavreck**  
Gonko & Vavreck, PLLC  
401 N. Third Street  
Suite 600  
Minneapolis, MN 55401  
612-659-9500  
Email: mvavreck@cgmvlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Thomas J Lyons , Jr**  
Consumer Justice Center P.A.  
367 Commerce Court  
Vadnais Heights, MN 55127  
651-770-9707  
Fax: 651-704-0907  
Email: tommy@consumerjusticecenter.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Convergent Outsourcing, Inc.**

represented by **Bradley R Armstrong**  
Moss & Barnett, PA  
150 S 5th St Ste 1200  
Mpls, MN 55402  
612-877-5359  
Fax: 612-877-5034  
Email: bradley.armstrong@lawmoss.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Charity A. Olson**  
Olson Law Group  
2723 S. State St., Suite 150  
Ann Arbor, MI 48104  
734-222-5179  
Email: colson@olsonlawpc.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S Poncin**
Moss & Barnett, PA
150 S 5th St Ste 1200
Mpls, MN 55402
612-877-5290
Fax: 612-877-5056
Email: mike.poncin@lawmoss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2016 | 1 | COMPLAINT against Convergent Outsourcing, Inc.. ( Filing fee $ 400 receipt number AMNDC-5201001.) Filed by Theresa Matthews. Filer requests summons issued. (Attachments: # 1 Civil Cover Sheet) (Vavreck, Mark) (Entered: 11/16/2016) |
| 11/16/2016 | 2 | TEXT ONLY ENTRY: CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Joan N. Ericksen per Master list referred to Magistrate Judge Becky R. Thorson. Please use case number 16-cv-3924 JNE/BRT. (LPH) (Entered: 11/16/2016) |
| 11/16/2016 | 3 | Summons Issued as to Convergent Outsourcing, Inc. (LPH) (Entered: 11/16/2016) |
| 11/22/2016 | 4 | SUMMONS Returned Executed by Theresa Matthews. Convergent Outsourcing, Inc. served on 11/17/2016, answer due 12/8/2016. (Attachments: # 1 Affidavit of Service)(Vavreck, Mark) (Entered: 11/22/2016) |
| 01/09/2017 | 5 | ANSWER to Complaint by Convergent Outsourcing, Inc.. (Olson, Charity) (Entered: 01/09/2017) |
| 01/09/2017 | 6 | RULE 7.1 DISCLOSURE STATEMENT. Account Control Technology Holdings, Inc. is a corporate parent of Defendant Convergent Outsourcing, Inc. (Olson, Charity) (Entered: 01/09/2017) |
| 01/10/2017 | 7 | NOTICE OF PRETRIAL CONFERENCE: Pretrial Conference set for 1/24/2017 03:00 PM in Courtroom 6A (STP) before Magistrate Judge Becky R. Thorson. (Attachments: # 1 Consent Form)(LPH) (Entered: 01/10/2017) |
| 01/20/2017 | 8 | NOTICE of Appearance by Michael S Poncin on behalf of Convergent Outsourcing, Inc.. (Poncin, Michael) (Entered: 01/20/2017) |
| 01/20/2017 | 9 | REPORT of Rule 26(f) Planning Meeting. Filed by Theresa Matthews.(Vavreck, Mark) (Entered: 01/20/2017) |
| 01/23/2017 | 10 | REPORT of Rule 26(f) Planning Meeting. Filed by Convergent Outsourcing, Inc.. (Armstrong, Bradley) (Entered: 01/23/2017) |
| 01/24/2017 | 11 | NOTICE of Appearance by Bradley R Armstrong on behalf of Convergent Outsourcing, Inc.. (Armstrong, Bradley) (Entered: 01/24/2017) |
| 01/24/2017 | 12 | EXHIBIT re 1 Complaint, by Theresa Matthews. (Attachments: # 1 Exhibit(s) Convergent documents). (Vavreck, Mark) Modified text on 1/24/2017 (lmb). (Entered: 01/24/2017) |
| 01/24/2017 | 13 | MOTION for Admission Pro Hac Vice for Attorney Charity A. Olson. Filing fee $ 100, receipt number AMNDC-5304372 by Convergent Outsourcing, Inc.. (Poncin, Michael |

| | | |
|---|---|---|
| | | (Entered: 01/24/2017) |
| 01/24/2017 | 14 | Minute Entry for proceedings held before Magistrate Judge Becky R. Thorson: Initial Pretrial Conference held on 1/24/2017. Order to issue. (LPH) (Entered: 01/25/2017) |
| 01/25/2017 | 15 | EXHIBIT re 1 Complaint, by Theresa Matthews. (Attachments: # 1 Exhibit(s) Complaint)(Vavreck, Mark) (Entered: 01/25/2017) |
| 01/25/2017 | 16 | TEXT ONLY ENTRY: ORDER granting 13 Motion for Admission Pro Hac Vice of Attorney Charity A. Olson for Convergent Outsourcing, Inc. Approved by Magistrate Judge Becky R. Thorson on 1/25/17. (JLW) (Entered: 01/25/2017) |
| 02/02/2017 | 17 | ORDER FOR SETTLEMENT CONFERENCE: Settlement Conference set for 7/24/2017 09:30 AM in Judge's Chambers, Suite 646 (STP) before Magistrate Judge Becky R. Thorson. Signed by Magistrate Judge Becky R. Thorson on 2/2/17. (LPH) (Entered: 02/02/2017) |
| 02/02/2017 | 18 | PRETRIAL SCHEDULING ORDER: Amended Pleadings due by 5/1/2017. Discovery due by 9/15/2017. Motions (non-disp) due 11/6/2017. Motions (disp) due by 1/5/2018. Ready for trial due by 5/7/2018. Signed by Magistrate Judge Becky R. Thorson on 2/2/17. (LPH) (Entered: 02/02/2017) |
| 02/15/2017 | 19 | EXHIBIT re 1 Complaint, *Exhibits 1 & 2* by Theresa Matthews. (Attachments: # 1 Exhibit(s) 2). (Vavreck, Mark) Modified text on 2/15/2017 (lmb). (Entered: 02/15/2017) |
| 03/06/2017 | 20 | MOTION to Stay *Proceedings Pending Certification of Nationwide Class* filed by Convergent Outsourcing, Inc.. (Olson, Charity) (Entered: 03/06/2017) |
| 03/06/2017 | 21 | MEMORANDUM in Support re 20 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* filed by Convergent Outsourcing, Inc.. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate, ATTACHMENT 2 FILED IN ERROR-WILL REFILE AS SEPARATE EVENT # 2 Exhibit(s) A). (Olson, Charity) Modified text on 3/6/2017 (lmb). (Entered: 03/06/2017) |
| 03/06/2017 | 22 | NOTICE OF HEARING ON MOTION 20 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* : at date and time to be determined. (Olson, Charity) (Entered: 03/06/2017) |
| 03/06/2017 | 23 | MEET and CONFER STATEMENT re 20 Motion to Stay filed by Convergent Outsourcing, Inc..(Olson, Charity) (Entered: 03/06/2017) |
| 03/06/2017 | 24 | CERTIFICATE OF SERVICE by Convergent Outsourcing, Inc. re 20 MOTION to Stay *Proceedings Pending Certification of Nationwide Class*, 21 Memorandum in Support of Motion, 23 Meet and Confer Statement, 22 Notice of Hearing on Motion (Olson, Charity) (Entered: 03/06/2017) |
| 03/07/2017 | 25 | EXHIBIT A re 21 Memorandum in Support of Motion, filed by Convergent Outsourcing, Inc..(Olson, Charity) (Entered: 03/07/2017) |
| 03/07/2017 | 26 | MOTION for Extension of Time to Complete Discovery filed by Convergent Outsourcing, Inc.. (Olson, Charity) (Entered: 03/07/2017) |
| 03/07/2017 | 27 | NOTICE OF HEARING ON MOTION 26 MOTION for Extension of Time to Complete Discovery : at date and time to be determined. (Olson, Charity) (Entered: 03/07/2017) |
| 03/07/2017 | 28 | MEMORANDUM in Support re 26 MOTION for Extension of Time to Complete Discovery filed by Convergent Outsourcing, Inc.. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Olson, Charity) (Entered: 03/07/2017) |
| 03/07/2017 | 29 | MEET and CONFER STATEMENT re 26 Motion for Extension of Time to Complete |

| | | |
|---|---|---|
| | | Discovery filed by Convergent Outsourcing, Inc..(Olson, Charity) (Entered: 03/07/2017) |
| 03/07/2017 | 30 | CERTIFICATE OF SERVICE by Convergent Outsourcing, Inc. re 26 MOTION for Extension of Time to Complete Discovery (Olson, Charity) (Entered: 03/07/2017) |
| 03/08/2017 | 31 | CERTIFICATE OF SERVICE ON PROPOSED ORDER re 26 MOTION for Extension of Time to Complete Discovery by Convergent Outsourcing, Inc. (Olson, Charity) Modified text/link on 3/8/2017 (lmb). (Entered: 03/08/2017) |
| 03/13/2017 | 32 | MEMORANDUM in Opposition re 26 MOTION for Extension of Time to Complete Discovery , 20 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* filed by Theresa Matthews. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Lyons, Thomas) (Entered: 03/13/2017) |
| 03/13/2017 | 33 | DECLARATION of Thomas J. Lyons Jr. in Opposition to 26 MOTION for Extension of Time to Complete Discovery , 20 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* filed by Theresa Matthews. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4)(Lyons, Thomas) (Entered: 03/13/2017) |
| 03/13/2017 | 34 | CERTIFICATE OF SERVICE ON PROPOSED ORDER by Theresa Matthews re 26 MOTION for Extension of Time to Complete Discovery , 20 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* (Lyons, Thomas) (Entered: 03/13/2017) |
| 04/03/2017 | 35 | TEXT ENTRY ONLY NOTICE ON MOTION for Extension of Time to Complete Discovery (Doc. No. 26) and MOTION to Stay (Doc. No. 20): A hearing on these motions will take place on Wednesday, May 24, 2017, at 1:30 PM in Courtroom 6A (STP) before Magistrate Judge Becky R. Thorson. (MSK) (Entered: 04/03/2017) |
| 05/24/2017 | 36 | NOTICE by Convergent Outsourcing, Inc. re 20 MOTION to Stay *Proceedings Pending Certification of Nationwide Class Notice of Supplemental Authority* (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B)(Olson, Charity) (Entered: 05/24/2017) |
| 05/24/2017 | 37 | CERTIFICATE OF SERVICE by Convergent Outsourcing, Inc. re 36 Notice (Other) *of Supplemental Authority* (Olson, Charity) (Entered: 05/24/2017) |
| 05/24/2017 | 38 | Minute Entry for proceedings held before Magistrate Judge Becky R. Thorson: Motion Hearing held on 5/24/2017 re 26 MOTION for Extension of Time to Complete Discovery filed by Convergent Outsourcing, Inc., 20 MOTION to Stay *Proceedings Pending Certification of Nationwide Class* filed by Convergent Outsourcing, Inc. (LPH) (Entered: 05/24/2017) |
| 05/24/2017 | 39 | TEXT ONLY ENTRY - ORAL ORDER granting in part and denying in part 20 Motion to Stay. This matter is stayed for a period of sixty (60) days. 26 Motion for Extension of Time to Complete Discovery is denied. Defendant must respond to Plaintiff's outstanding discovery requests within fourteen (14) days. Entered in open court by Magistrate Judge Becky R. Thorson on 5/24/17. (LPH) (Entered: 05/24/2017) |
| 05/30/2017 | 40 | AMENDED ORDER FOR SETTLEMENT CONFERENCE: Settlement Conference set for 8/11/2017 10:30 AM in Judge's Chambers, Suite 646 (STP) before Magistrate Judge Becky R. Thorson. Signed by Magistrate Judge Becky R. Thorson on 5/26/17. (LPH) (Entered: 05/30/2017) |
| 05/30/2017 | 41 | AMENDED PRETRIAL SCHEDULING ORDER: Discovery due by 11/15/2017. Motions (non-disp) due 12/18/2017. Motions (disp) due by 2/15/2018. Ready for trial due by 6/18/2018. Signed by Magistrate Judge Becky R. Thorson on 5/30/17. (LPH) (Entered: 05/30/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/31/2017 08:48:12 | | | |
| **PACER Login:** | lyons134 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 0:16-cv-03924-JNE-BRT |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |