**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
COURT FILE NO.: 16-cv-825-PAB**

| | |
|---|---|
| Devonn Ross, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Convergent Outsourcing, Inc. and LVNV Funding, LLC, <br><br> Defendants. | |

Theresa Matthews Motion to Intervene

# EXHIBIT D

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# MOTION HEARING

| | |
|---|---|
| Theresa Matthews, on behalf of herself and all others similarly situated, | **COURT MINUTES**<br>BEFORE: Becky R. Thorson<br>U.S. Magistrate Judge |
| Plaintiff, | |
| v. | Case No:     16cv3924 (JNE/BRT)<br>Date:          May 24, 2017<br>Location:    St. Paul, Courtroom 6A |
| Convergent Outsourcing, Inc., | Tape: CD Number:   5/24/17 (1:32–2:29) (3:04–3:17)<br>Sealed:                  No |
| Defendant. | Time Commenced:   1:32 p.m.<br>Time Concluded:     3:17 p.m.<br>Time in Court:   105 Minutes |

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Thomas L. Lyons, Jr., Esq., Consumer Justice Center P.A. |
| For Defendant: | Charity A. Olson, Esq., Olson Law Group |
| Hearing on: | Defendant Convergent Outsourcing, Inc.'s Motion to Stay Proceedings Pending Certification of Nationwide Class (Doc. No. 20) and Motion for Extension of Time to Complete Discovery (Doc. No. 26). |

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF:

As stated on the record, Defendant Convergent Outsourcing, Inc.'s Motion to Stay Proceedings Pending Certification of Nationwide Class (**Doc. No. 20**) is **DENIED IN PART** and **GRANTED IN PART**. This matter is stayed for a period of **sixty (60) days**.

Defendant Convergent Outsourcing, Inc.'s Motion for Extension of Time to Complete Discovery (**Doc. No. 26**) is **DENIED**. Defendant must respond to Plaintiff's outstanding discovery requests within **fourteen (14) days**.

**Text Only Order Needed.**

☐ ORDER TO BE ISSUED    X NO SEPARATE ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                            s/ Troy M. Martell
                                                          Signature of Law Clerk