**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO**

**COURT FILE NO.: 1:16-cv-00825-PAB**

Devon Ross, *on behalf of herself
and all others similarly situated*,

    Plaintiff,

v.

Convergent Outsourcing, Inc.
and LVNV Funding, LLC,

    Defendants.

_____

**JOINT MOTION TO EXTEND
TIME TO REPLY IN SUPPORT OF INTERVENTION**

    Christine Parmelee, Tamara Alexander and Jeremy Estrella, through their attorneys, move for an extension of time in which to file a joint, consolidated Reply in support of their motions to intervene. In support, they state:

    1.    Ms. Parmelee filed her amended motion to intervene on April 28, 2017 (Dkt. 62), and Ms. Alexander and Mr. Estrella filed their motions to intervene on May 5, 2017 (Dkt. 63) and May 6, 2017 (Dkt. 64), respectively.

    2.    After obtaining an extension of time (Dkt. 68, 69), Plaintiff Ross and Defendant Convergent filed their responses to Parmelee, Alexander and Estrella on June 2, 2017. (Dkt. 73, 73).

    3.    Pursuant to D.C.COLO.LCivR 7.1(d), Parmelee's, Alexander's and Estrella's replies in support of their motions to intervene are due by June 16, 2017.

1

Moreover, another party, Theresa Matthews, filed an amended motion to intervene on June 1, 2017 (Dkt. 72), which has not yet been responded to, and, on information and belief, the plaintiff in Cooley v. Convergent Outsourcing and Jefferson Capital Systems, N.D.Ill. Case. No. 17-cv-3121 also intends to file a motion to intervene in this matter in the near future.

4. Thus, Parmelee, Alexander and Estrella request that this Court extend the deadlines to reply in support of intervention by 21 days, until July 7, 2017, in order that they may confer amongst themselves and with Matthews and Cooley, to prepare a joint, consolidated reply.

5. This motion is not made for any dilatory purpose and will not prejudice any party. Parmelee, Alexander and Estrella have not previously requested any extensions and their requested extension will not disrupt any other deadlines in this matter.

6. Counsel for Parmelee conferred with counsel for Plaintiff Ross and Defendant Convergent, pursuant to D.C.COLO.LCivR 7.1(a), via e-mail(s) on June 13, 2017 and June 14, 2017, on which all counsel of record were copied. Counsel for Plaintiff Ross does not object to a 21-day extension of time; counsel for Defendant Convergent does not object to a 14-day extension of time, but was unable to agree, as of the time of the filing of this motion, to a 21-day extension of time.

WHEREFORE, the Christine Parmelee, Tamara Alexander and Jeremy Estrella respectfully request that this Court allow her, Tamara Alexander and Jeremy Estrella to file their consolidated, joint Reply in support of their motions to intervene by July 7, 2017. A proposed order is attached.

Dated: June 14, 2017

Respectfully Submitted,

Christine Parmelee,
By:  /s/ David J. Philipps_____

David. J. Philipps
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

Brian R. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, New York 10004
(212) 248-7906
brian@bromberglawoffice.com

Tamara Alexander,
By:  /s/ Karen L. Kellett_____
        w/permission

Karen Lynn Kellett
Kellett & Bartholow PLLC
11300 North Central Expressway
Suite 301
Dallas, Texas 75243
(214) 696-9000
(214) 696-9001
kkellett@kblawtx.com

Jeremy Estrella,
By:  /s/ Kelly Donovan Jones____
        w/permission

Kelly Donovan Jones
Kelly D. Jones, Attorney at Law
819 SE Morrison Street, Suite 255
Portland, Oregon 97214
(503) 847-4329
(503) 715-0524
kellydonovanjones@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2017 a copy of the foregoing **MOTION TO EXTEND TIME TO REPLY IN SUPPORT OF INTERVENTION** was filed electronically. Notice of this filing was sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

### SERVICE LIST:

| | |
|---|---|
| David Neal McDevitt | dmcdevitt@consumerlawinfo.com |
| Russell S. Thompson, IV | rthompson@consumerlawinfo.com |
| Thompson Consumer Law Group, PLLC | |
| 5235 East Southern Avenue | |
| Suite D106-618 | |
| Mesa, Arizona 85206 | |
| | |
| Robbie Malone | rmalone@mamlaw.com |
| Robbie Malone, PLLC | |
| 8750 North Central Expressway | |
| Suite 1850 | |
| Dallas, Texas 75231 | |
| | |
| Brian R. Bromberg | brian@bromberglawoffice.com |
| Bromberg Law Office, P.C. | |
| 26 Broadway, 21st Floor | |
| New York, NY 10004 | |
| | |
| Karen Lynn Kellett | kkellett@kblawtx.com |
| Kellett & Bartholow PLLC | |
| 11300 North Central Expressway | |
| Suite 301 | |
| Dallas, TX 75243 | |
| | |
| Kelly Donovan Jones | kellydonovanjones@gmail.com |
| Kelly D. Jones, Attorney at Law | |
| 819 SE Morrison Street | |
| Suite 255 | |
| Portland, OR 97214 | |

Michael Fuller  michael@underdoglawyer.com
Olsen Daines PC
111 SW 5th Avenue
Suite 3150
Portland, OR 97204

Mark Leon Vavreck  mvavreck@cgmvlaw.com
Gonko & Vavreck, PLLC
401 North Third Street
Suite 600
Minneapolis, MN 55401

/s/ David J. Philipps\_\_\_\_
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Robert Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com