# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00825-PAB-KLM

Devon Ross, *on behalf of herself*
*And all others similarly situated,*

    Plaintiff,

v.

Convergent Outsourcing, Inc.
And LVNV Funding, LLC,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Angel Cooley

DATED at Denver, Colorado this 15th day of June, 2017.

    s/ Daniel A. Edelman
    Daniel A. Edelman
    Edelman, Combs, Latturner & Goodwin, LLC
    20 South Clark Street, Suite 1500
    Chicago, IL 60603
    Telephone: 312-739-4200
    Email: dedelman@edcombs.com
    Attorney for Angel Cooley

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| David Neal McDevitt<br>dmcdevitt@consumerlawinfo.com | Mary Elizabeth Philipps<br>mephilipps@aol.com |
| Russell S. Thompson , IV<br>rthompson@consumerlawinfo.com | Karen Lynn Kellett<br>kkellett@kblawtx.com |
| Robbie Malone<br>rmalone@mamlaw.com | Kelly Donovan Jones<br>kellydonovanjones@gmail.com |
| Brian Lewis Bromberg<br>brian@bromberglawoffice.com | Michael Fuller<br>michael@underdoglawyer.com |
| David Joseph Philipps<br>davephilipps@aol.com | Mark Leon Vavreck<br>mvavreck@cgmvlaw.com |

                                            *s*/ Daniel A. Edelman<br>
                                             Daniel A. Edelman