**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-00825-PAB-KLM

DEVONN ROSS, *on behalf of herself
and all others similarly situated*,

      Plaintiff,

v.

CONVERGENT OUTSOURCING, INC. and
LVNV FUNDING, LLC,

      Defendants.

---

## MOTION OF ANGEL COOLEY TO INTERVENE

---

Angel Cooley, the plaintiff in a case pending in the United States District Court for the Northern District of Illinois captioned *Cooley v. Convergent Outsourcing, Inc. and Jefferson Capital Systems, LLC* (1:17-cv-03121), hereby moves for leave to intervene in the above captioned case pursuant to Fed.R.Civ.P. 24(a)(2) or Fed.R.Civ.P. 24(b)(1)(B).

Cooley is a member of the putative settlement class which the parties here have asked this Court to certify as part of a proposed settlement. (ECF No. 56.) Cooley objects to the proposed settlement and seeks to intervene for the reasons set forth in the motions and supporting briefs filed by intervenors, Christine Parmalee (ECF No. 62), Tamara Alexander (ECF No. 63), Jeremy Estrella (ECF No. 64), and Theresa Matthews (ECF No. 72). Mindful of Local Rule 7.1(i), Cooley adopts the arguments in the intervenors' briefs rather than submitting an additional brief in support of intervention.

WHEREFORE, Angel Cooley hereby moves for leave to intervene in the above captioned case pursuant to Fed.R.Civ.P. 24(a)(2) or Fed.R.Civ.P. 24(b)(1)(B).

Respectfully submitted,

s/ Daniel A. Edelman
Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
E-mail: dedelman@edcombs.com
        courtecl@edcombs.com
Attorney for Angel Cooley

## LOCAL RULE 7.1(a) CERTIFICATION

On June 15, 2017, my partner, Francis R. Greene, exchanged e-mails with David McDevitt, counsel for Plaintiff, and Robbie Malone, counsel for Defendants. In e-mails to Mr. Greene, Mr. McDevitt and Ms. Malone stated that they opposed Angel Cooley's motion to intervene.

s/ Daniel A. Edelman
Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
E-mail: dedelman@edcombs.com
        courtecl@edcombs.com
Attorney for Angel Cooley

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2017, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Neal McDevitt
dmcdevitt@consumerlawinfo.com

Russell S. Thompson , IV
rthompson@consumerlawinfo.com

Robbie Malone
rmalone@mamlaw.com

Brian Lewis Bromberg
brian@bromberglawoffice.com

David Joseph Philipps
davephilipps@aol.com

Mary Elizabeth Philipps
mephilipps@aol.com

Karen Lynn Kellett
kkellett@kblawtx.com

Kelly Donovan Jones
kellydonovanjones@gmail.com

Michael Fuller
michael@underdoglawyer.com

Mark Leon Vavreck
mvavreck@cgmvlaw.com

<u>s/ Daniel A. Edelman</u>
Daniel A. Edelman
**Attorney for Angel Cooley**
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
E-mail: dedelman@edcombs.com
         courtecl@edcombs.com