**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLORADO**

**COURT FILE NO.: 1:16-cv-00825-PAB-KLM**

Devon Ross, *on behalf of herself and all others similarly situated*,

 Plaintiff,

v.

Convergent Outsourcing, Inc.
and LVNV Funding, LLC,

 Defendants.

_____

**MOTION FOR CLARIFICATION OF SCHEDULING ORDER**

 Christine Parmelee, Tamara Alexander, Jeremy Estrella, Angel Cooley, Jeremy Vantuyl and Sue E. Gill, through their attorneys, move for clarification of the scheduling order this Court entered on June 28, 2017 concerning motions to intervene and in support thereof, state:

 1. Pursuant to the scheduling order entered by this court on June 28, 2017 at the request of Defendant Convergent (Dkt. 79), this Court set a deadline for any additional motions to intervene of July 14, 2017 (Dkt. 83).

 2. While none of the current intervenors object to this deadline, it places an obligation to act within a specific timeframe on parties not before this Court. Thus, in the interest of fairness, the current intervenors propose that this Court clarify its scheduling order to direct Defendant Convergent (which knows all the cases that have

1

been filed against it that it is attempting to sweep up into the proposed settlement) to provide a copy of any scheduling order which sets a deadline for intervention to counsel representing any other individuals who have filed lawsuits against it, which it maintains would be covered by the proposed settlement here.

3. Moreover, the scheduling order directs the parties, Plaintiff Ross and Defendant Convergent, to respond to all motions to intervene, including those already pending, by July 21, 2017 (Dkt. 83). This would include the motions to intervene filed by Cooley, Vantuyl and Gill -- as well as to any other putative intervenor. The scheduling order did not set a date for filing replies to these responses; pursuant to D.C.COLO. LCivR 7.1(d), their replies would be due 14 days thereafter, or by August 4, 2017.

4. At present, the consolidated joint reply of putative intervenors Parmelee, Alexander and Estrella is due on July 7, 2017 (Dkt. 76). Intervenors Theresa Matthews, Cooley, Gill and Vantuyl plan to join in that reply.

5. Counsel for all of the individuals who have filed motions to intervene thus far -- Parmelee, Alexander, Estrella, Matthews, Cooley, Vantuyl and Gill – are working together to prepare a joint, consolidated reply brief. Since responses to the motions to intervene filed by Cooley, Vantuyl and Gill are not even due until July 21, 2107, all of the current intervenors propose that a date for a joint reply be set for August 4, 2017 -- this would extend the reply dates for Parmelee, Alexander, Estrella and Matthews, but would allow counsel for the all the current putative intervenors to consult with each other and file a single reply brief, rather than multiple replies.

7. Thus, putative intervenors Parmelee, Alexander, Estrella, Cooley, Vantuyl

and Gill request that this Court clarify its June 28, 2017 scheduling order to direct Defendant Convergent to inform any other potential intervenors of the July 14, 2017 deadline to intervene and to set a single reply date of August 4, 2017.

8. This motion is not made for any dilatory purpose and will not prejudice any party. Although Parmelee, Alexander and Estrella have previously requested an extension, extending the date of the reply will not disrupt any other deadlines in this matter, because any additional intervenors would still have time to reply to any responses filed.

9. Counsel for Parmelee, Mary E. Philipps, attempted to confer with counsel for Plaintiff Ross and Defendant Convergent, pursuant to D.C.COLO.LCivR 7.1(a), via e-mail on June 30, 2017, on which all counsel of record were copied, to determine whether either party opposed this motion. As of the time of the filing of this motion, no response had been received from either party.

WHEREFORE, Christine Parmelee, Tamara Alexander, Jeremy Estrella, Angel Cooley, Jeremy Vantuyl and Sue E. Gill request that this Court clarify its June 28, 2017 scheduling order to direct Defendant Convergent to inform any other potential intervenors of the July 14, 2017 deadline to intervene, and to set a single reply date for all intervenors of August 4, 2017.

Dated: July 3, 2017

        Respectfully Submitted,

        Christine Parmelee,
        By: /s/ David J. Philipps_____

David. J. Philipps
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
davephilipps@aol.com
mephilipps@aol.com

Brian R. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, New York 10004
(212) 248-7906
brian@bromberglawoffice.com

Tamara Alexander,
By:  /s/ Karen L. Kellett_____
        w/permission

Karen Lynn Kellett
Kellett & Bartholow PLLC
11300 North Central Expressway
Suite 301
Dallas, Texas 75243
(214) 696-9000
(214) 696-9001
kkellett@kblawtx.com

Jeremy Estrella,
By:  /s/ Kelly Donovan Jones_____
        w/permission
Kelly Donovan Jones
Kelly D. Jones, Attorney at Law
819 SE Morrison Street, Suite 255
Portland, Oregon  97214
(503) 847-4329
kellydonovanjones@gmail.com

5

        Angel Cooley,
        By:  /s/ Daniel A. Edelman_____
             w/permission
        Daniel A. Edelman
        Edelman Combs Latturner &
          Goodwin, LLC
        20 South Clark Street
        Suite 1500
        Chicago, Illinois 60603
        (312) 419-0379
        dedelman@edcombs.com

        Jeremy Vantuyl and Sue E. Gill,
        By:  /s/ David J. Philipps_____

        David. J. Philipps
        Philipps & Philipps, Ltd.
        9760 South Roberts Road, Suite One
        Palos Hills, Illinois 60465
        (708) 974-2900
        davephilipps@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2017 a copy of the foregoing **MOTION FOR CLARIFICATION OF SCHEDULING ORDER** was filed electronically. Notice of this filing was sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

## SERVICE LIST:

| | |
|---|---|
| David Neal McDevitt | dmcdevitt@consumerlawinfo.com |
| Russell S. Thompson, IV | rthompson@consumerlawinfo.com |
| Thompson Consumer Law Group, PLLC | |
| 5235 East Southern Avenue | |
| Suite D106-618 | |
| Mesa, Arizona 85206 | |
| | |
| Robbie Malone | rmalone@mamlaw.com |
| Robbie Malone, PLLC | |
| 8750 North Central Expressway | |
| Suite 1850 | |
| Dallas, Texas 75231 | |
| | |
| Brian R. Bromberg | brian@bromberglawoffice.com |
| Bromberg Law Office, P.C. | |
| 26 Broadway, 21st Floor | |
| New York, NY 10004 | |
| | |
| Karen Lynn Kellett | kkellett@kblawtx.com |
| Kellett & Bartholow PLLC | |
| 11300 North Central Expressway | |
| Suite 301 | |
| Dallas, TX 75243 | |
| | |
| Kelly Donovan Jones | kellydonovanjones@gmail.com |
| Kelly D. Jones, Attorney at Law | |
| 819 SE Morrison Street | |
| Suite 255 | |
| Portland, OR 97214 | |

| | |
|---|---|
| Michael Fuller<br>Olsen Daines PC<br>111 SW 5th Avenue<br>Suite 3150<br>Portland, OR 97204 | michael@underdoglawyer.com |
| Mark Leon Vavreck<br>Gonko & Vavreck, PLLC<br>401 North Third Street<br>Suite 600<br>Minneapolis, MN 55401 | mvavreck@cgmvlaw.com |
| Daniel A. Edelman<br>Edelman Combs Latturner &<br>   Goodwin, LLC<br>20 South Clark Street<br>Suite 1500<br>Chicago, Illinois 60603 | dedelman@edcombs.com |

/s/ David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Robert Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com