# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### COURT FILE NO.: 1:16-cv-00825-PAB -KLM

Devonn Ross, *on behalf of herself*
*and all others similarly situated,*

    Plaintiff,

v.

Convergent Outsourcing, Inc.
and LVNV Funding, LLC,

    Defendants.

___

### PLAINTIFF'S RESPONSE TO MOTIONS TO INTERVENE
### FILED BY COOLEY, VANTUYL, GILL, AND JORDAN
___

    Plaintiff Devonn Ross ("Plaintiff") respectfully responds to the motions to intervene filed by Angel Cooley (Doc. 78), Jeremy Vantuyl and Sue E. Gill (Doc. 80), and Mary Jordan (Doc. 87). In the interest of judicial economy, Plaintiff hereby incorporates and refers to the arguments she previously made in Plaintiff's Response to Motions to Intervene (Doc. 74) and Plaintiff's Response to Theresa Matthews' Amended Motion to Intervene (Doc. 81).

    Dated: July 21, 2017

                                      Respectfully submitted,

                                      s/ David N. McDevitt
                                      David N. McDevitt (030761)
                                      Thompson Consumer Law Group, PLLC
                                      5235 E. Southern Ave., D106-618
                                      Mesa, AZ 85206
                                      602-845-5969
                                      866-317-2674 facsimile
                                      dmcdevitt@consumerlawinfo.com
                                      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on July 21, 2017, I electronically filed the foregoing document, Plaintiff's Response to Motions to Intervene filed by Cooley, Vantuyl and Gill, and Jordan, with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court, which will send notification of such filing to all counsel of record, as follows:

Robbie Malone
Eugene Xerxes Martin
Robbie Malone, PLLC
8750 North Central Expressway, #1850
Dallas, TX 75231
rmalone@rmalonelaw.com
xmartin@rmalonelaw.com
*Attorneys for Defendants*
*Convergent Outsourcing, Inc.*
*and LVNV Funding, LLC*

Karen L. Kellett
KELLETT & BARTHOLOW PLLC
Texas Bar No. 11199520
11300 N. Central Expy., Ste. 301
Dallas, Texas 75243
Tel. (214) 696-9000
Fax (214) 696-9001
kkellett@kblawtx.com
*Attorney for Tamara Alexander*

David. J. Philipps
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@ aol.com
mephilipps@aol.com
*Attorneys for Christine Parmelee, Jeremy*
*Vantuyl, and Sue E. Gill*

Brian R. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
(212) 248-7906
brian@bromberglawoffice.com
*Attorneys for Christine Parmelee*

Kelly D. Jones-Oregon Bar No. 074217
Kelly D. Jones, Attorney at Law
819 SE Morrison St., Suite 255
Portland, OR 97214
(503) 847-4329
Kellydonovanjones@gmail.com
*Attorneys for Jeremy Estrella*

Michael Fuller-Oregon Bar No. 093570
Olsen Daines PC
111 SW Fifth Ave., Suite 3150
Portland, OR 97204
(503) 201-4570
michaelfuller@gmail.com
*Attorneys for Jeremy Estrella*

2

Mark L. Vavreck, Esq.
MN Attorney I.D. #: 0318619
GONKO & VAVRECK PLLC
Designers Guild Building
401 North Third Street, Suite 600
Minneapolis, MN 55401
Telephone: (612) 659-9500
Facsimile: (612) 659-9220
mvavreck@cgmvlaw.com

Thomas J. Lyons, Jr., Esq.
MN Attorney I.D. #: 249646
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommy@consumerjusticecenter.com

*Attorneys for Theresa Matthews*

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
E-mail: dedelman@edcombs.com
courtecl@edcombs.com

*Attorney for Angel Cooley*

Larry P. Smith (Atty. No.: 6217162)
SMITHMARCO, P.C.
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 324-3532
Facsimile: (888) 418-1277
E-Mail: lsmith@smithmarco.com

Stacy M. Bardo (Atty. No. 6271913)
Bardo Law, P.C.
22 West Washington Street, Suite 1500
Chicago, IL 60602
Telephone: (312) 219-6980
Facsimile: (312) 219-6981
E-Mail: stacy@bardolawpc.com

*Attorneys for Mary Jordan*

                    s/ Zac Landis
                    Zac Landis