# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### COURT FILE NO.: 1:16-cv-00825-PAB -KLM

Devonn Ross,

      Plaintiff,

v.

Convergent Outsourcing, Inc.
and LVNV Funding, LLC,

      Defendants.

_____

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 10, 2018

                                  Respectfully submitted,

| | |
|---|---|
| s/ David N. McDevitt | s/ Robbie Malone |
| David N. McDevitt (030761) | Robbie Malone (12876450) |
| Thompson Consumer Law Group, PLLC | Malone Akerly Martin, PLLC |
| 5235 E. Southern Ave., D106-618 | 8750 N. Central Expy. Ste. 1850 |
| Mesa, AZ 85206 | Dallas, TX 75231 |
| 602-845-5969 | 214-346-2630 |
| 866-317-2674 facsimile | 214-346-2631 |
| dmcdevitt@consumerlawinfo.com | rmalone@mamlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

1

## CERTIFICATE OF SERVICE

I certify that on October 10, 2018, I electronically filed the foregoing document using the electronic case filing system of the court, which will send notification of such filing to all counsel of record,.

s/ Zachary Landis
Zachary Landis